ORIGINAL

# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
# UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. 1983

### UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

0 7 - 3 8 0

Lou Garden Price, Sr.
_____
(Enter above the full name of the plaintiff in this action)

FILED

JUN 1 2 2007

PG scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

V.

Tom Carroll, Elizabeth "Betty" Burris, D. Pierce, David K. Holman,
Joseph Richardson, A. Profaci, D. Fields, C.O. Bassinger (B-Kit)
3-Unk. Kitchen C.O.'S, Quani deal, Dr. Louise Desrosiers; Dictician/Nutritionist CMS;
(Enter above the full name of the defendant(s) in this action)  M. Knight

I.    Previous lawsuits

   A.  Have you begun other lawsuits in state of federal courts dealing with the same
       facts involved in this action or otherwise relating to your imprisonment?

       YES [✓]          NO [ ]

   B.  If your answer to A is yes, describe the lawsuit in the space below. (If there is more than
       one lawsuit, describe the additional lawsuits on another piece of paper, using the same
       outline).

       1.    Parties to this previous lawsuit

       Plaintiffs Lou G. Price, Sr.

       _____

       Defendants T. Carroll, Betty Burris; Lt. Taylor; Nurse Carol; Kera;
       CMS Inc.; Dept Justice State Detectives #1 and #2

2. Court (if federal court, name the district, if state court, name the county)

Dist. Court of Delaware

3. Docket Number 05-871- CV   Sue L Robinson

4. Name of judge to whom case was assigned

Judge Sue L. Robinson

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

Still Pending

6. Approximate date of filing lawsuit   December 2005

7. Approximate date of disposition _____

II.    A.    Is there a prisoner grievance procedure in this institution? YES [✓] NO [ ]

B.    Did you present the facts relating to your complaint in the state prisoner Grievance procedure:   YES [✓]   NO [ ]

C.    If your answer is YES,

1. What steps did you take? Wrote grievances and appeals;

2. What was the result? Ignored (IGC Procedures here are so terribly flawed that it's futile but I still followed Procedures 4.4 fully).

D.  If your answer is NO, explain why not _____

_____

E.   If there is no prison grievance procedure in the institution, did you complain to prison authorities?   YES [✓]   NO [ ]

F.   If your answer is YES,

1. What steps did you take? I wrote a letter to Investigator Joe Richardson; I wrote sick call slips; I wrote Mr. Knight; I spoke to Kitchen Supervisors; Lieutenants

2. What was the result? Major Holman wrote back only reprimanding me for sending "some" of my meds out (to demonstrate my point) — not all. Quani Neal shifted blame² to DOC but said "You'll have to be counselled by a CMS professional before your diet is reinstated." — Everyone else ignored me.

III.    Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.    Name of Plaintiff  Lou G. Price, Sr.

      Address  1181  Paddock  Rd.  Smyrna  De  19977

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions and place of employment of any additional defendants.)

B.    Defendant C.O. Bassinger, Kit.  is employed as  Kitchen Officer,
      MHU-B-side Messhall;  DCC

C.    Additional Defendants  Unk Kitchen C.O.'s, Tom Carroll, Betty Burris;
      D. Pierce (Warden, Dep. Warden, Dep. Warden); David Holman (Major)
      Joseph Richardson (Investigator - I.A.); Staff Lt. Alisa Profaci;
      Dorene Fields (MHU Lt.); Dr. Louise Desrosiers (Dr.-CMS); Quani Deal
      (Nurse, CMS); Dietician-Nutritionist CMS; Michael Knight (Kitchen Admin).

IV.    Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments Or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

i).  Due to several hi-risk factors for heart attack; stroke
Lou Price has been on a special diet (low sodium, low
cholesterol, low fat, 1800-2400 cal diet w/ AM-PM snack).
Latter April, early May Lt Dorene Fields came around to A Tier/23
with CMS "refusal" slips for several people on
diet meals stating "if you don't sign I'll sign
'refuse to sign'." (That concedes my refusal for
the med or service provided). Lt. Fields knew this and
she had a handful (stack) of CMS Medical/Treatment Refusal
Slips (so CMS/Medical cannot say "the Kitchen did it" as Nurse
Quani told me... Security/Fields/Quani/Kitchen DOC Staff Conspired
to do it and then "ducked" blame).

-3-

Statement of Claim Cont.                    6/4/07

2). May 15th I was told by the MHU B-side kitchen worker that my diet meal has been cancelled, "per CMS/Medical" (Which is a lie).

3). Attached is a letter I wrote to Investigator Joe Richardson (but I addressed it to Tom Carroll, Dep. Warden Pierce; Dep. Warden Burris,). Only Major Holman responded, reprimanding me for sending my "medication cards" out where I was only demonstrating what I took (meds) and the warning label "Take With Food" — I always have multiple cards so I would never send out all of my meds. In any event none of the above individuals took any action to have my diet meals reinstated. The diet meal is doctor prescribed.

4). Attached is a May 22nd letter I received from Major Holman in the mail.

5). Staff Lt. Profaci handed me my meds back along with a copy of the letter I sent to Mr. Richardson. She refused to take action reinstating my meals on May 18th, 2007.

Statement of Claims Cont.

6). My medications make me nausea and they cause me to curl up in serious pain, clutching my stomach. My "Keep On Person" (KOP) meds are:

Inderal (High Blood Pressure);
Motrin (Cervical & Carpal Tunnel, Knee pain);
Excedrin (Migraine)

Each of these medications are marked "Take With Food" due to them being harsh on the stomach.

— My "Nurse Administered" meds are:

Elavil and
Seroquel

These afternoon (3 p.m.) meds are also harsh on my stomach.

This is why I am given AM/PM snacks with my meal — so when I take these meds I can have something on my stomach.

Statement of Claim Cont.

7). It is well-documented that I can not
tolerate medications well without experiencing
stomach pain, nausea, and other side effects.
My medical chart clearly reflects this Fact
because I've been taking the Following meds
For years:

Zantac (GERD, Acid Reflux Disease/Disorder all
my life);

Mintox/Maalox Tabs (to coat my stomach to
thwart med pain); (Dc'd)

and Tums —             "              "              "

8). Eighth Amendment Claim — Cruel Unusual Punishment.

Because Lieutenant Fields and other CO's
have Failed to control a number of individuals
in the messhall regarding diet meals I am
being penalized. That penalization has caused
me several weeks of pain, suffering and
it has placed me in Future risk of

heart attack, stroke, and other bad health risks. My Father, his Father, my grandmother, and both of my mother's brothers all died of problems arising out of HBP/Heart Attack/Stroke. (Verify by calling Shirley Price in Bessemer Al. P.O. Box 232, Bessemer Al. 35142 for health history - 205-428-6501). I have High Blood Pressure and I take Inderal to treat it. It causes migraines.

A). I suffer from frequent migraines so I have to take Excedrin/Motrin without Food; esp. at night (and I am over $225 in the hole so I don't ever have Canteen/Food items to eat). See Financial statements. So I'm forced to endure painful side effects of pain meds.

B). Lieutenant Fields, Lt. Profaci, C.O. Bassinger, Major Holman, Betty Burris, D. Pierce, Tom Carroll, Joseph Richardson, Nurse Quani Neal, M. Knight, Dr. Desrosiers the currently "unknown kitchen staff" (Def's) are all directly involved with my having to suffer from this pain because I either wrote to them, or complained directly to them and they refused to take action regarding

these issues which constitutes deliberate indifference to my medical needs, refusal to give me my diet meal/snacks (which is a doctor prescribed treatment) and their deliberate indifference put me back in the path of an undoubtedly serious heart/health hazard. That is cruel & unusual punishment by all of the above defendants.

Last, Kitchen Personnel, CMS Staff (Sheal and Desrosiers) and DCC Staff are still trying to retaliate against me because of my current lawsuit before this Court #05-cv-871 SLR. Therefore I am pleading with this Court to give profound consideration to the immediate Injunctive Relief I am seeking.

V.    Relief

(State briefly exactly what you want the courts to do for you. Make no legal arguments.
Cite no cases or statutes.)

1). Relief: Immediate order to DCC to reinstate
L.Price's heart health diets w/ AM-PM snack
for pain meds until this case is concluded.
Whatever relief, including monetary,
the Court deems necessary,

Signed this ___4th___ day of ___June___, 2007.

Jon D. Price, Jr.
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

___6/4/07___
Date

Jon D. Price, Jr.
(Signature of Plaintiff)

-4-

Exhibit "A"

1). The following is my letter to
Mr. Richardson, Betty Burris, D. Pierce,
Lt. Profaci and Tom Carroll, which Major
Holman made a scolding message on
the bottom of the 1st page and signed
it, 5/17/07.

2). Major Holman's official memo
   with the same above message.

Dear Mr Joseph Richardson,                    5/16/07

A couple of weeks ago Lt. D. Fields came to my block/bldg with a bunch of CMS refusal forms saying that the messhall said I refused my meal and if I refused to sign she would sign "refused". That's equivalent to me refusing/conceding that I'm saying I don't want my meal. That's not true. I want my meals.

The truth is there are C.O.'s who stand and watch I/M's take regular trays and their diet tray, or they don't take a diet tray, and choose the reg. tray. Lt. Fields/kitchen supervisors are generalizing about who to penalize for this. They're both wrong. I need my tray due to my risk for heart attack. I have my med file in my cell and I have hi cholesterol and hi-triglycerides and hi blood pressure. I don't play games with my health — that's why I'm on diet-diabetic-heart health-low sodium diet.

Not only is Lt. Fields/kitchen staff placing me at risk by penalizing me by taking

In the future, do not send out all of your medications if you don't want to play games with your health.

Mj. Holm
5-17-07

my meals from me but I take pain meds that are really hard on my stomach. So hard I cannot take them without my AM/PM Snacks. I am more than $220 in the red so I don't go to commissary. With that much said it's cruel punishment to take away my diet meal/ AM-PM Snack due to the insolent actions of others and the apparent inability of kitchen and MHU supervisors to regulate meal dispensement. And it's bordering on immature for security to manipulate medical/CMS by sending "refusal" paperwork in when it's not me refusing.
Thank You For Your Time.
And Action.

Lou G. Price, Sr. #454309

23
Auy

cc

P.S. I've enclosed the harshest of my pain meds just to show you that it says to "take with food". I also have Motrin for my cervical that is also harsh and I take nurse delivered meds as well. I alerted medical but it's not them who manipulated or orchestrated this, it's security. So



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE SECURITY SUPERINTENDENT**
**MAXIMUM & MEDIUM-HIGH SECURITY**
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977
TELEPHONE: (302) 653-9261
FAX: (302) 659-6663

MEMORANDUM

TO:        I/M Lou G. Price  Sr. #454309
           MHU 23

FROM:     Major David K. Holman

DATE:     May 22, 2007

RE:        Your Letter to Joseph Richardson of 5/16/07

---

In the future, do not send out all of your medications if you don't want to play games with your health.

DKH/cf

xc:    Investigator Richardson
       File

Exhibit "B"

1). The Following is a CMS refusal Form I signed (refusing Paxil on 4/21/2006...

2). Next is a refusal form I was not there to sign (but it clearly concedes my refusal to a sick call visit on 7/10/06 because they have the slip).

3). CMS has it well-documented that my pain meds make me sick/nausea/hurt stomach, etc.

4).



**CMS**
DEDICATED PEOPLE
MAKING A DIFFERENCE
Correctional Medical Services

CORRECTIONAL MEDICAL SERVICES

RELEASE OF RESPONSIBILITY

Paice Lou                          4-22-06

Name of Inmate                     Date/Time

   459309

Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:
   I/M does not want Paxil 40 mg-
   States, "It makes me sick,"

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Correctional Medical Services, its employees and agents from all responsibility and ill effect, which may result from this action.

Jay Price                          4/21/06

Inmate Signature                   Date/Time

_____

Witness

The aforementioned inmate has refused the listed medical treatment/recommendations
sign this form.

/Wilwathalph

Witness

_____

Witness

_____

Date/Time
7120 Rev 09/01/2004

D00018



**CORRECTIONAL MEDICAL SERVICES**

**RELEASE OF RESPONSIBILITY**

Price Lou

7-10-06; 1415

Name of Inmate                           Date/Time

#454309

Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

NSC visit

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Correctional Medical Services, its employees and agents from all responsibility and ill effect, which may result from this action.

Refuse to sign

Inmate Signature                         Date/Time

Jamila McKenzie RN

Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and sign this form.

Jamila McKenzie RN

Witness

Witness

7-10-06, 8-4p

Date/Time

7120 Rev 09/01/2004

D00012

CORRECTIONAL MEDICAL SERVICES
CHRONIC CARE CLINIC DOCUMENTATION

| Name Price Lou | ID Number 454309 | Age | ☒M ☐F |
|---|---|---|---|

Clinic (check applicable) ☐Endocrine ☒Cardiovascular/hypertension ☐Pulmonary ☐Infectious Disease ☐Neurology/seizure ☒Gen. Me
☐Other: 6CAD, Migraine, HTN, CTS

**SUBJECTIVE**

C/O increase Rt Hand Pain
Migraine medication making him
sick - Motrin helped better

| Medication Compliance % 100% | Compliant with Exercise ☒Yes ☐No ☐NA | Inhaler use ☐Yes ☐No ☒NA |
|---|---|---|
| Medication side effects ☒Yes ☐No ☐NA | Exercise Intolerance ☐Yes ☒No ☐NA | Increased ☐Yes ☐No  Ave. Use/Day |
| Last seizure          ☒NA | Weight Loss ☐Yes ☐No ☒NA | Diet Compliance ☐Yes ☐No ☐NA |
| LMP                   ☒NA | Other: | |

**OBJECTIVE**

| BP 120/80 | P 76 | R 16 | T 97.3 | WT | HT 6"7" | SaO₂ 99% ☐NA | Peak Flow ☐NA | Cap BS ☐NA |
|---|---|---|---|---|---|---|---|---|

HEENT: ☒WNL ☐Document Other
nasal endoscopy

Heart: ☒Regular no murmur, gallop, rub ☐Document Other
Carotid Bruit   peripheral eden

Lungs: ☒CTA bilaterally ☐Document Other

Abd: ☒BS normal, no bruits, soft, non-tender, no masses ☐Document Other

Genital/Rectal: ☐WNL ☒Deferred ☐Document Other

Neuro: ☒WNL ☐Document Other

Skin: ☒WNL ☐Document Other

Current Labs ☒None ☐Current Labs Reviewed ☐WNL ☐Abnormal(s) noted Describe:

**ASSESSMENT** Stable
Diagnosis: as above

Patient Response ☐ Good ☒ Fair ☐ Poor
Overall Assessment of Patient's Condition ☐ Improved ☒ Unchanged ☐ Worsened

D00070

Exhibit "C"

The Following are dates from 5-16-07 thru 6-3-07 of when I took prescribed pain meds as a result of pain (esp. migraines which lasted longest), and approximately how long the pain(s) lasted (i.e. headache and side effects pain).

The following is a list of dates I suffered from painful side effects due to my having to take my medication without doctor prescribed dietary AM/PM snacks which have been deprived by Doc Kitchen Staff/Defendants, Doc Security Personnel Defendants and others.

W.    May 16th, 2007 — For appx. 8 hours.

Fr.   May 18th, 2007 — For appx. 7 hours

M.    May 21st, 2007 — For appx. 5 hours

W.    May 23rd, 2007 — For appx. 8 hours

Th.   May 24th, 2007 — For appx. 3 or 4 hours

Su.   May 27th, 2007 — For appx. 6 hours

Tu.   May 29th, 2007 — For appx. 10 hours

W.    May 30th, 2007 ← For appx. 3 hours

Fr.   June 1st, 2007 — For appx 3 hours

Su.   June 3rd, 2007 — For appx. 3 hours

Exhibit "D"

1). Handwritten copy of grievance I Filed on 5/15/07 but it has gone ignored once again,(like others in the past).

2). May 25th, handwritten copy of appeal which has also gone ignored so bcc is in violation of the IGC Procedures as is regular practice. The (4.4 Procedure is a Fluke and a conspiracy by the Administration to circumvent criteria in the PLRA and local state & Federal Court regarding prisoners rights).

*Handwritten Kept for copy my records*

**FORM #584**

**GRIEVANCE FORM**

FACILITY: Dcc

DATE: May 15th, 2007

GRIEVANT'S NAME: Lou G. Rice, Sr

SBI#: 454309

CASE#:

TIME OF INCIDENT: May 15th, 2007

HOUSING UNIT: 23 — Au4

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On the above date I was officially told that I was taken off my doctor prescribed diet meal. I addressed my concerns to the Dcc Administrators Burris, Carroll, Pierce and Investigator Richardson. Apparently Lt. Fields took it upon herself to sign CMS refusal slips for I/M who haven't been eating their meals or abusing the pick up process. I never did either. As a result of being taken off of my meals I am being re-placed in the dangerous position I was in before — eating unhealthy meals due to my high risk of heart attack and stroke.

ACTION REQUESTED BY GRIEVANT: 1). Reinstate my meal immediately in accordance with doctor's orders. 2). Show C.O.'s / Lieutenants how to control meal dispensement (diets especially) 3). Stop practice of making rash decisions that place my/others lives in jeopardy such as forcing salt-filled meals onto my tray and I have HBP.

GRIEVANT'S SIGNATURE: Lou G. Rice Sr.

DATE: 5/15/07

WAS AN INFORMAL RESOLUTION ACCEPTED?        _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

Handwritten copy for my records

# Grievance Appeal
## of 5/15/07 Grievance.

5/25/07

I filed a grievance on 5/15/07 regarding my very important diet meal and how Lt. Fields and Kitchen C.O. Bassinger (and others) had several men taken off their meals. I alerted the administration (Burris, Pierce, and Warden Carroll) and Major Holman only reprimanded me.

My grievance has gone ignored and unanswered as is the common practice of IGC when they wish to bury something of grave importance. This refusal to permit me to address this issue is outright indifference to my health needs. The doctor

prescribed my specific diet because I'm at high risk for heart attack and stroke. This refusal by you (and the Kitchen and Lt. Fields, etc) and the action of your staff to act is an 8th Amendment violation to my rights because by placing my health in danger by taking my heart healthy meals is cruel and unusual punishment. I can die because my conditions are in need of a proper diet. If I don't hear back from you in ten more days, I'm taking this matter to Federal Court for their determination. Action requested is on my grievance of 5/15/07,

Thank You.

Jou G. Price, Sr.
454305

CC: To BGO in Dover.

Exhibit "E"

1). Attached letter to Mr. M. Knight
Kitchen CO- Supervisor. My letter to
administration at DCC to Mr. Knight
For his determination.
       Unanswered.

Dear Mr. M. Knight, Kit. Supv.          5/17/07

Dear Mr. Knight, please read the attached and make your decision, sir. This is wrong for your people to do. I'm taking medication that's hurting my stomach <u>and</u> I'm again being forced to eat meals that are not heart healthy. The letters explains the problem clearly. So does the copy of the grievance.

Thank You,

Lou G. Price, Sr.
454309
DCC - Smyrna

5/17/07

Handwritten copy for my records.



Lou Price
"81 Pollock Rd
Smyrna De 19977

X-RAY

Clerk
US District Court
Lockbox 18
844 N. King St.
Wilmington De 19801

$ 06.36°