...

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 07-380-SLR |
| TOM CARROLL, ELIZABETH BURRIS, D. PIERCE, DAVID K. HOLMAN, JOSEPH RICHARDSON, A. PROFACI, D. FIELDS, C.O. BASSINGER, C.O.3 UNK.KITCHEN, QUANI NEAL, DR. LOUISE DESROSIERS, DIETICIAN/NUTRITIONIST CMS, and M. KNIGHT, | ) |
| Defendants. | ) |

## AUTHORIZATION

I, Lou Garden Price, Sr., SBI #454309 request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated June 26, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 26 June, 2007.

Signature of Plaintiff



I/M Lev G. Price, Sr.
SBI# 454309  UNIT Z3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

US Dist Court / Clerk
844 N. King St, Lockbox 18
Wilmington, De

1-7D1-3570