Dear Mr. Dalleo, Clerk,                                           7/27/07

Enclosure:

16 USM 285 Form re: #07-380-SLR
Per Court order.

Thank You.
Jon G Price, Sr.


FILED
AUG -- 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I/M Lau G. Price, Sr.
SBI# 454309   UNIT 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



U.S.M.S.
X-RAY

07-380-SLR
US. District Court of Delaware
Mr. Peter Dalleo, Clerk
844 N. King St. / Lockbox 18
Wilmington, De
              19801-3570

Legal Mail