OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

August 7, 2007

TO: Lou Garden Price, Sr.
    SBI# 454309
    Delaware Correctional Center
    1181 Paddock Rd.
    Smynra, DE 19977

***RE: Return of 3 USM 285 forms for Unknown Kitchen C.O.'s;
    07-380(SLR)***

Dear Mr. Price:

Please be advised that this office is returning the above-mentioned USM 285 forms because the defendants names are unknown at this time. Enclosed is a copy of DI #6. Please refer to the Order on how to proceed when you learn the identities of the unknown defendants.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson
enc: USM 285 forms for 3 Unknown Kitchen C.O.'s
     DI #6