U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF  Lou G. Price, Sr. | COURT CASE NUMBER  07-380-SLR |
| DEFENDANT  Attorney General For Delaware State | TYPE OF PROCESS  OIC |

| SERVE ▶ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  Attorney General For Delaware State |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) 820 N. French St. Wilm De F1801 |
| AT | #81 Paddock Rd Smyrna De 19977 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Lou G. Price, Sr #454309  1181 Paddock Rd - DCC  Smyrna, De 19977 | Number of process to be served with this Form - 285    1 |
| | Number of parties to be served in this case    16 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*
Fold                                                                                          Fold

Pauper Case

| | | | |
|---|---|---|---|
| Signature of Attorney or other Originator requesting service on behalf of:  Lou G. Price, Sr. | ☑ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER  N/A | DATE  7/27/07 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk  BF | Date  8-21-07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*  Keith Brady, Asst St. Sup. | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service  8/22/07 | Time  11:00  ☐ am  ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

2007 AUG 23 AM 9:58
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED

| | | |
|---|---|---|
| **PRIOR EDITIONS MAY BE USED** | **1. CLERK OF THE COURT** | **FORM USM-285 (Rev. 12/15/80)** |