8/28/07

Dear Court Clerk Mr. Dalleo,

Re: Price v. Carroll 07-380-SLR

Although my indigent status has not changed at all since I filed this Action I am still forwarding an application for In Forma Pauperis as soon as the business office returns it to me with my 6-month financial statement attached, (For purposes of satisfying the payment requirement by filing for a TRO).

Thank You.

Jon G. Price, Jr.





Legal Mail

I/M: Tod A. Price Jr
SBI# 459351   UNIT Z3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

07-380-SLR
District Courthouse-Delaware
US Dist. Court Clerk
Mr. P. Dalleo
844 N King St
Wilmington De
19801

