CA07-380 SLR

The Honorable Sue L. Robinson
United States District Court
  District of Delaware
J. Caleb Boggs Federal Court Building
844 N. King Street
Wilmington, De. 19801



August 28th, 2007

Re: Price v. Taylor et al.,
    D. Del, C.A. No. 07-380-SLR

Dear Judge Robinson:

    On June 4th, 2007 Plaintiff Lou G. Price,
Sr. Filed with this Court a Section 1983
Action which was later docketed C.A. No.
07-380-SLR. (I have attached it For the
Courts convenience). Please consider this

1

letter :

A Motion For Temporary Restraining Order And Also
A Motion For Preliminary Injunction Due
To Serious Health Risks For Heart Attack / Stroke.

Facts:

On August 7, 2007 I was Finally seen
by Dr. Louise Desrosiers For my quarterly
"Chronic care check-up." I had submitted
Sick-call slips preceding this 8/7/07 visit
due to my being denied my doctor-prescribed
diet meals, but she did not see me until
then. (Exhibit "B" Attached: Health Care Services Fee Sheet).

On August 24th, 2007 I was let out
of my cell and a nurse/phlebotomist
drew my blood (an order that was
made by Dr. Cannuli over 90 days ago
due to my taking the "risky" drug
Seroquel- which can lead to heart
attack / strokes).

On August 28, 2007 I was seen

2

by the psychiatric/MD Dr. Cannuli for my quaterly exam regarding my mental health meds and well-being. I discussed with him I'll say ad nauseam about my _physical health_/psychotropic meds versus my _risk factors for heart attack and/or stroke_. Esp. when it comes to the _Seroquel_ which he said the "_powers that be_" are trying to ban from DDOC due to health risks. To my knowledge I am not or have not exhibited any signs of serious risks from _Seroquel_ which I have a substantial history of taking. _But_... as I've relayed to the Court in _07-380-SLR_ I have several high risk factors for heart attack and stroke including but not limited to the following:

A long history of high cholestoral;
High Blood Pressure;
Overweight;

3

High Triglycerides;

I smoked for 25 years;

I abused alcohol and drugs before my arrest 6½ years ago.

I lived an unhealthy lifestyle;

I was diagnosed with PTSD and I was under high stress;

My several family members who died over the years died from heart attack/strokes.

Last, I'm a Black male, 38 year old.

Plainly put, Dr. Cannuli showed me my blood test results and said, I quote: "Your blood triglycerides have increased from 154 to 209."

I told him that's because I am forced to eat the regular inmate diet — "which is high in sodium and fat" (he said). (Exhibit "C" — Dcc Menu).

4

On August 28, 2007, I went to the messhall and gave my ID card to the prisoner at the serving window because I have been receiving my diet meal for approximately a week now (since seeing Dr. Desrosiers on August 7th, 2007; she had said "I'll check into it and make sure you'll get it."). Unfortunately I was told that I was taken off the list AGAIN.

C.O. Lindsey (my block C.O.) immediately summoned Kitchen C.O. J. Colligan to the window to straighten out this problem and he said: "I checked the computer/master list and you are on it until June next year but there's a termination date there I'll check into. See me last chow." I said okay. He told me that "medical terminated you in May 2007." That was it. But on 8/7/07 Ms. Desrosiers (Doctor) said she would straighten that out and for this past week I've been given my diet meals until today. They stopped — AGAIN.

5

The Plaintiff, for the reasons set forth above, has met the criteria necessary for this Court to GRANT a Temporary Restraining Order and/or a Preliminary injunction on the same grounds. The Plaintiff has established the prerequisites in Rule 65(a) of the Federal Rules of Civil Procedure AND:

1). He is likely to suffer irreparable harm if the preliminary injunction is denied and

2). That he is likely to succeed on the merits of his claims, AND—

3). That his claims raises sufficiently serious questions to justify litigation AND that he will suffer more if the injunction is denied than the Defendant will suffer if it is granted.

6

Furthermore, the Plaintiff believes that because Federal Rules requires that the defendant is afforded a hearing for a preliminary injunction, it is not unreasonable for him to pray for a TRO to be granted if the defendant DOES NOT waive the hearing.

Plaintiff knows Fed. R. Civ. P. 65(b) requires that he must show that he will suffer "immediate and irreparable injury, loss, or damage" if he must wait for a hearing. The Plaintiff <u>stated</u> the injury, loss and damage earlier regarding his blood test results shown to him by Dr. Cannuli (Blood Triglyceride levels have risen from From 154 to 209). Blood triglycerides are a well known (high) risk factor for heart attack. Price takes Inderal for high blood pressure. He has shown this Court several other

risk factors he's subject to. Now, this matter is up to this Honorable Court. There exists no greater danger than unnecessary loss of life and because death is so permanent this Court has no greater priority than altering its course.

## Preliminary Injunction / TRO Requested:

Lou G. Price, Sr. is immediately reinstated to his doctor-prescribed dietary regimen by Correctional Medical Services and Delaware Correctional Center Food Services:

* 2400 Calorie low fat / low sodium / low chol. diet w/ AM-PM Snacks *

Respectfully Submitted,

Dated: 8/28/07

Lou G. Price, Sr.

Lou Price — Pro Se — Dcc
Smyrna, De. 19977

8

# Certificate of Service

I Lou G. Price, Sr. hereby certify that I have served a true and correct copy of the attached Motion For TRO and a Motion For Preliminary Injunction Due To Serious Health Risks For Heart Attack And Stroke, upon the Following:

US District Court Clerk
844 N. King St.
Wilmington, De 19801

Erika Y. Tross
Dept. of Justice
820 N. French St
Wilmington De
    19801-3509

8/28/07

Lou G. Price, Sr.

CA07-380 SCR

# Exhibit "A"

For the Court's convenience is my instant Section 1983 Complaint and its attachments.



RECEIVED

AUG 3 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. 1983

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Lou Garden Price, Sr.
_____
(Enter above the full name of the plaintiff in this action)

V.

Tom Carroll, Elizabeth "Betty" Burris, D. Pierce, David K. Holman, Joseph Richardson, A. Profaci, D. Fields, C.O. Bassinger (B-Kit.) 3-Unk. Kitchen C.O.'s, Quavi deal; Dr. Louise Desrosiers; Dictician/Nutritionist CMS; M. Knight.
(Enter above the full name of the defendant(s) in this action)

I.    Previous lawsuits

    A.  Have you begun other lawsuits in state of federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        YES [✓]        NO [ ]

    B.  If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

        1.    Parties to this previous lawsuit

        Plaintiffs ( Lou G. Price, Sr.

        Defendants T. Carroll, Betty Burris; H. Taylor; Nurse Carol; Kera; CMS Inc.; Dept Justice State Detectives #1 and #2

2. Court (if federal court, name the district, if state court, name the county)

Dist. Court of Delaware

3. Docket Number 05-871- cv   Sue L. Robinson

4. Name of judge to whom case was assigned

Judge Sue L. Robinson

5. Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?)  Still Pending

6. Approximate date of filing lawsuit  December 2005

7. Approximate date of disposition _____

II.   A.   Is there a prisoner grievance procedure in this institution?  YES [✓]  NO [ ]

B.   Did you present the facts relating to your complaint in the state prisoner Grievance procedure:   YES [✓]   NO [ ]

C.   If your answer is YES,

1.   What steps did you take? Wrote grievances and appeals;

2.   What was the result? Ignored (IGC Procedures here are so terribly flawed that it's futile but I still followed Procedures 4.4 fully).

D.   If your answer is NO, explain why not _____

_____

E.   If there is no prison grievance procedure in the institution, did you complain to prison authorities?  YES [✓]   NO [ ]

F.   If your answer is YES,

1.   What steps did you take? I wrote a letter to Investigator Joe Richardson; I wrote sick call slips; I wrote Mr. Knight; I spoke to Kitchen Supervisors; Lieutenants

2.   What was the result? Major Holman wrote back only reprimanding me for sending "some" of my meds out (to demonstrate my point) — not all. Quani Neal shifted blame² to DOC but said "You'll have to be counselled by a CMS professional before your diet is reinstated." — Everyone else ignored me.

III.    Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.    Name of Plaintiff    Lou G. Price, Sr.

Address    1181 Paddock Rd. Smyrna De 19977

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions and place of employment of any additional defendants.)

B.    Defendant C.O. Bassinger, Kit.    is employed as    Kitchen Officer,

MHU-B-side Messhall; DCC

C.    Additional Defendants Unk Kitchen C.O.'s, Tom Carroll, Betty Burris;
D. Pierce (Warden, Dep. Warden, Dep. Warden); David Holman (Major)
Joseph Richardson (Investigator- I.A.); staff Lt. Alisa Profaci;
Dorene Fields (MHU Lt.); Dr. Louise Desrosiers (Dr.-CMS); Quani Neal
(Nurse, CMS); Dietician-Nutritionist CMS; Michael Knight (Kitchen Admin).

IV.    Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments Or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

1). Due to several hi-risk Factors For heart attack; stroke
Lou Price has been on a special diet (low sodium, low
cholesterol, low Fat, 1800-2400 cal diet w/ AM-PM snack).
Latter April, early May Lt. Dorene Fields came around to A Tier/23
with CMS "refusal" slips For several people on
diet meals stating "iF you don't sign I'll sign
'refuse to sign'. (That concedes my refusal For
the med or service provided). Lt. Fields Knew this and
she had a handful (stack) oF CMS Medical/Treatment Refusal
slips (so CMS/Medical cannot say "the Kitchen did it" as Nurse
Quani told me...Security/Fields/Quani/Kitchen DOC staFF conspired
to do it and then "ducked" blame).

-3-

<u>Statement of Claim Cont.</u>                    <u>6/4/07</u>

2). May 15th I was told by the MHU B-side Kitchen worker that my diet meal has been cancelled, "per CMS/Medical" (Which is a <u>lie</u>).

3). Attached is a letter I wrote to Investigator Joe Richardson (but I addressed it to Tom Carroll, Dep. Warden Pierce; Dep. Warden Burris,). Only Major Holman responded, reprimanding me for sending my "medication cards" out where I was only demonstrating what I took (meds) and the warning label "<u>Take With Food</u>" — I always have multiple cards so I would never send out all of my meds. In any event none of the above individuals took any action to have my diet meals reinstated. The diet meal is <u>doctor prescribed.</u>

4). Attached is a May 22nd letter I received from Major Holman in the mail.

5). Staff Lt. Profaci handed me my meds back along with a copy of the letter I sent to Mr. Richardson. She refused to take action reinstating my meals on May 18th, 2007.

Statement of Claims Cont.

6). My medications make me nausea and they cause me to curl up in serious pain, clutching my stomach. My "Keep On Person" (KOP) meds are:

Inderal (High Blood Pressure);
Motrin (Cervical & Carpel Tunnel, Knee pain);
Excedrin (Migraine)

Each of these medications are marked "Take With Food" due to them being harsh on the stomach.

— My "Nurse Administered" meds are:

Elavil and
Seroquel

These afternoon (3 p.m.) meds are also harsh on my stomach.

This is why I am given AM/PM snacks with my meal — so when I take these meds I can have something on my stomach.

Statement of Claim Cont.

7). It is well-documented that I can not tolerate medications well without experiencing stomach pain, nausea, and other side effects. My medical chart clearly reflects this fact because I've been taking the following meds for years:

Zantac (GERD, Acid Reflux Disease/disorder all my life);

Mintox/Maalox Tabs (to coat my stomach to thwart med pain); (Dc'd)

and    Tums —              "        "        "


8). Eighth Amendment Claim — Cruel Unusual Punishment.

Because Lieutenant Fields and other CO's have failed to control a number of individuals in the messhall regarding diet meals I am being penalized. That penalization has caused me several weeks of pain, suffering and it has placed me in future risk of

heart attack, stroke, and other bad health risks. My Father, his Father, my grandmother, and both of my mother's brothers all died of problems arising out of HBP/Heart Attack/Stroke. (Verify by calling Shirley Price in Bessemer Al. P.O. Box 232, Bessemer Al. 35142 for health history – 205-428-6501). I have High Blood Pressure and I take Inderal to treat it. It causes migraines.

A). I suffer from frequent migraines so I have to take Excedrin/Motrin without Food; esp. at night (and I am over $225 in the hole so I don't ever have canteen/food items to eat). See Financial statements. So I'm forced to endure painful side effects of pain meds.

B). Lieutenant Fields, Lt. Profaci, C.O. Bassinger Major Holman, Betty Burris, D. Pierce, Tom Carroll, Joseph Richardson, Nurse Quani Neal, M. Knight, Dr. Desrosiers the currently "unknown Kitchen staff"(Def's) are all directly involved with my having to suffer from this pain because I either wrote to them, or complained directly to them and they refused to take action regarding

these issues which constitutes deliberate indifference to my medical needs, refusal to give me my diet meal/snacks (which is a doctor prescribed treatment) and their deliberate indifference put me back in the path of an undoubtedly serious heart/health hazard. That is cruel & unusual punishment by all of the above defendants.

Last, Kitchen Personnel, CMS Staff (Neal and Desrosiers) and DCC Staff are still trying to retaliate against me because of my current lawsuit before this Court #05-cv-871 SLR. Therefore I am pleading with this Court to give profound consideration to the immediate Injunctive Relief I am seeking.

V.    Relief

(State briefly exactly what you want the courts to do for you.  Make no legal arguments.
Cite no cases or statutes.)

1). Relief: Immediate order to DCC to reinstate
L Price's heart health diets w/ AM-PM snack
for pain meds until this case is concluded.
Whatever relief, including monetary,
the Court deems necessary.

Signed this ___4th___ day of ___June_____, 2007.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

___6/4/07___
Date

_____
(Signature of Plaintiff)

-4-

Exhibit "A"

1). The following is my letter to Mr. Richardson, Betty Burris, D. Pierce, Lt. Profaci and Tom Carroll, which Major Holman made a scolding message on the bottom of the 1st page and signed it, 5/17/07.

2). Major Holman's official memo with the same above message.

Dear Mr Joseph Richardson,                    5/16/07

A couple of weeks ago Lt. D. Fields came to my block/bldg with a bunch of CMS refusal forms saying that the messhall said I refused my meal and if I refused to sign she would sign "refused". That's equivalent to me refusing/ conceding that I'm saying I don't want my meal. That's not true. I want my meals.

The truth is there are C.O.'s who stand and watch I/M's take regular trays and their diet tray, or they don't take a diet tray, and choose the reg. tray. Lt. Fields/Kitchen supervisors are generalizing about who to penalize for this. They're both wrong. I need my tray due to my risk for heart attack. I have my med file in my cell and I have hi cholesterol and hi-triglycerides and hi blood pressure. I don't play games with my health — that's why I'm on diet-diabetic-heart health-low sodium diet.

Not only is Lt. Fields/Kitchen staff placing me at risk by penalizing me by taking

eln the future, do not send out all of your medications if you don't want to play games with your health.

Mj. Hol—

5-17-07

my meals from me but I take pain meds
that are really hard on my stomach. So hard
I cannot take them without my AM/PM
snacks. I am more than $220 in the red
so I don't go to commissary. With that
much said it's cruel punishment to take
away my diet meal/AM-PM snack due to
the insolent actions of others and the
apparent inability of kitchen and MHU supervisors
to regulate meal dispensement. And it's bordering on
immature for security to manipulate medical/CMS by sending
"refusal" paperwork in when it's not me refusing.
Thank You For Your Time.
And Action.

Lou G. Price, Sr. #454309

23
Aug

cc
:

P.S. I've enclosed the harshest
of my pain meds just to
show you that it says to
"take with food". I also
have Motrin for my cervical
that is also harsh and I
take nurse delivered meds as
well. I alerted medical but it's
not them who manipulated or
orchestrated this, it's security. So



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE SECURITY SUPERINTENDENT**
**MAXIMUM & MEDIUM-HIGH SECURITY**
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977
TELEPHONE: (302) 653-9261
FAX: (302) 659-6663

<u>MEMORANDUM</u>

TO:        I/M Lou G. Price Sr. #454309
           MHU 23

FROM:      Major David K. Holman

DATE:      May 22, 2007

RE:        Your Letter to Joseph Richardson of 5/16/07

---

In the future, do not send out all of your medications if you don't want to play games with your health.

DKH/cf

xc:    Investigator Richardson
       File

Exhibit "B"

1). The following is a CMS refusal form I signed (refusing Paxil on 4/21/2006...

2). Next is a refusal form I was not there to sign (but it clearly concedes my refusal to a sick call visit on 7/10/06 because they have the slip).

3). CMS has it well-documented that my pain meds make me sick/nausea/hurt stomach, etc.

4).



**CMS**
DEDICATED PEOPLE
MAKING A DIFFERENCE
Correctional Medical Services

**CORRECTIONAL MEDICAL SERVICES**

**RELEASE OF RESPONSIBILITY**

_Price Lou_                          _4-22-06_

Name of Inmate                        Date/Time

_- 459309_

Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:
_I/M does Not Want Paxul 40 mg.
States, "It makes me sick."_

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Correctional Medical Services, its employees and agents from all responsibility and ill effect, which may result from this action.

_Jon Price_                          _4/21/06_

Inmate Signature                      Date/Time

_____

Witness

The aforementioned inmate has refused the listed medical treatment/recommendations
sign this form.

_M Mudhason_

Witness

_____

Witness

_____

Date/Time

7120 Rev 09/01/2004

D00018



**CORRECTIONAL MEDICAL SERVICES**

**RELEASE OF RESPONSIBILITY**

Price Lou                    7-10-06; 1415

Name of Inmate               Date/Time

#454309

Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

NDC visit

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Correctional Medical Services, its employees and agents from all responsibility and ill effect, which may result from this action.

Refuse to Sign                    _____

Inmate Signature                 Date/Time

Jamila McKenzie RN

Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and sign this form.

Jamila McKenzie RN

Witness

Witness

7-10-06, 8-4p

Date/Time

7120 Rev 09/01/2004

D00012

**CORRECTIONAL MEDICAL SERVICES**
**CHRONIC CARE CLINIC DOCUMENTATION**

| Name Price Lou | ID Number 454309 | Age | CM ☐ |
|---|---|---|---|

Clinic (check applicable) ☐Endocrine ☑Cardiovascular/hypertension ☐Pulmonary ☐Infectious Disease ☐Neurology/seizure ☑Gen. Me
☐Other: GERD, Migraine, HTN, CTS

**SUBJECTIVE**

C/O increase Rt Hand Pain
Migraine medication making him
sick - Motrin helped better

| Medication Compliance % 100% | Compliant with Exercise ☑Yes ☐No ☐NA | Inhaler use ☐Yes ☐No ☑NA |
|---|---|---|
| Medication side effects ☑Yes ☐No ☐NA | Exercise Intolerance ☐Yes ☑No ☐NA | Increased ☐Yes ☐No  Ave. Use/Day |
| Last seizure ☑NA | Weight Loss ☐Yes ☐No ☑NA | Diet Compliance ☐Yes ☐No ☐NA |
| LMP ☑NA | Other: | |

**OBJECTIVE**

| BP 120/80 | P 76 | R 16 | T 97.3 | WT | HT 6'7" | SaO2 99% ☐ NA | Peak Flow ☐ NA | Cap BS ☐ NA |
|---|---|---|---|---|---|---|---|---|

HEENT: ☑WNL ☐Document Other

Heart: ☐Regular no murmur, gallop, rub ☐Document Other  normal fundoscopy
Carotid bruit  Peripheral edema

Lungs: ☐CTA bilaterally ☐Document Other

Abd: ☑BS normal, no bruits, soft, non-tender, no masses ☐Document Other

Genital/Rectal: ☐WNL ☑Deferred ☐Document Other

Neuro: ☑WNL ☐Document Other

Skin: ☑WNL ☐Document Other

Current Labs ☑None ☐Current Labs Reviewed ☐WNL ☐Abnormal(s) noted Describe:

**ASSESSMENT** Stable

Diagnosis: as above

Patient Response ☐ Good  ☑ Fair  ☐ Poor

Overall Assessment of Patient's Condition ☐ Improved  ☑ Unchanged  ☐ Worsened

000070

CMS 1/05 Form # 7655

Exhibit "C"

The following are dates from 5-16-07 thru 6-3-07 of when I took prescribed pain meds as a result of pain (esp. migraines which lasted longest), and approximately how long the pain(s) lasted (i.e. headache and side effects pain).

The following is a list of dates I suffered from painful side effects due to my having to take my medication without doctor prescribed dietary AM/PM snacks which have been deprived by Doc Kitchen Staff/Defendants, Doc Security Personnel Defendants and others.

W.    May 16th, 2007 —    For apprx. 8 hours.

Fr.    May 18th, 2007 —    For apprx. 7 hours

M.    May 21st, 2007 —    For apprx. 5 hours

W.    May 23rd, 2007 —    For apprx. 8 hours.

Th.    May 24th, 2007 —    For apprx. 3 or 4 hours

Su.    May 27th, 2007 —    For apprx. 6 hours

Tu.    May 29th, 2007 —    For apprx. 10 hours

W.    May 30th, 2007 ⇐    For apprx. 3 hours

Fr.    June 1st, 2007 —    For apprx. 3 hours

Su.    June 3rd, 2007 —    For apprx. 3 hours

Exhibit "D"

1). Handwritten copy of grievance I Filed on 5/15/07 but it has gone ignored once again, (like others in the past).

2). May 25th, handwritten copy of appeal which has also gone ignored so bcc is in violation of the IGC Procedures as is regular Practice. The (4.4 Procedure is a Fluke and a conspiracy by the Administration to circumvent criteria in the PLRA and local state ¾ Federal Court regarding prisoners rights).

Handwritten copy kept for my records ①

**FORM #584**

**GRIEVANCE FORM**

FACILITY: Dcc

DATE: May 15th, 2007

GRIEVANT'S NAME: Lou G. Price, Sr

SBI#: 454309

CASE#: _____

TIME OF INCIDENT: May 15th, 2007

HOUSING UNIT: 23 - Au4

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On the above date I was officially told that I was taken off my doctor prescribed diet meal. I addressed my concerns to the Dcc Administrators Burris, Carroll, Pierce and Investigator Richardson. Apparently Lt. Fields took it upon herself to sign CMS refusal slips for I/M who haven't been eating their meals or abusing the pick up process. I never did either. As a result of being taken off of my meals I am being re-placed in the dangerous position I was in before - eating unhealthy meals due to my high risk of heart attack and stroke.

ACTION REQUESTED BY GRIEVANT: _____

1). Reinstate my meal Immediately in accordance with doctor's orders. 2). Show C.O.'s / Lieutenants how to control meal dispensement (diets especially) 3) Stop practice of making rash decisions that place my /others lives in jeopardy such as forcing salt-filled meals onto my tray and I have HBP.

GRIEVANT'S SIGNATURE: Lou G. Price Sr.

DATE: 5/15/07

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

Handwritten copy for my records

# Grievance Appeal
## of 5/15/07 Grievance

5/25/07

I filed a grievance on 5/15/07 regarding my very important diet meal and how Lt. Fields and Kitchen C.O. Bassinger (and others) had several men taken off their meals. I alerted the administration (Burris, Pierce, and Warden Carroll) and Major Holman only reprimanded me.

My grievance has gone ignored and unanswered as is the common practice of IGC when they wish to bury something of grave importance. This refusal to permit me to address this issue is outright indifference to my health needs. The doctor

prescribed my specific diet because I'm at high risk for heart attack and stroke. This refusal by you (and the Kitchen and Lt. Fields, etc) and the action of your staff to act is an 8th Amendment violation to my rights because by placing my health in danger by taking my heart healthy meals is cruel and unusual punishment. I can die because my conditions are in need of a proper diet. If I don't hear back from you in ten more days, I'm taking this matter to Federal Court for their determination. Action requested is on my grievance of 5/15/07,

Thank You.

Jou G. Price, Sr.
454305

CC: To BGO in Dover.

Exhibit "E"

1). Attached letter to Mr. M. Knight
Kitchen CO- Supervisor. My letter to
administration at DCC to Mr. Knight
For his determination.
        Unanswered,

Dear Mr. M. Knight, Kit. Supv.          5/17/07

Dear Mr. Knight, please read the attached and make your decision, sir. This is wrong for your people to do. I'm taking medication that's hurting my stomach <u>and</u> I'm again being forced to eat meals that are not heart healthy. The letters explains the problem clearly. So does the copy of the grievance.

Thank You,

Lou G. Price, Sr.
454309
DCC - Smyrna

Handwritten copy for my records -

5/17/07

CA07-380 SLR



RECEIVED

AUG 3 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Exhibit "B"

Health Services Fee Sheet Form 4 (Copay).
Signed/initialed by Nurse Kim on 8/7/07
(present w/ Dr. L. Desrosiers 8/7/07)


Also attached with it are 3
Sick Call Requests dated ~~June 25, 2007~~
Aug 13, 2007
and Aug 14, 2007.

All are in direct relation with
my asking the doctor about my
reinstatement to my diet meals, (she
had informed me she would but
suddenly I'm taken back off again
after being back on for a week).

Handwritten Copy Made

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

Lou Price _____ 23 Aug _____
Name (Print)                                    Housing Location

11/12/68 _____ 454309 _____ 8/13/07 _____
Date of Birth              SBI Number         Date Submitted

Complaint (What type of problem are you having)? Dr. Desrosiers ① I'm still having
sharp piercing pains in my head that should be taken more serious.
② I was told by you that you were "looking into my 2400 cal diet
but you didn't get back to me. ③ 8/7/07 I was charged $4 for (2)
meds but all I received was (1) — A&D ointment ④ I'm having stomach pain still.

Jan G. Price, Jr _____ 8/13/07 _____
Inmate Signature                              Date

**The below area is for medical use only. Please do not write any further.**

S:

O:  Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____

A:

P:

E:

_____          _____
Provider Signature & Title                    Date & Time

**3/1/99 DE01**
FORM#:
**MED**

date: Not seen until 8/17/07

Sick Call Request

Nurse Q. Neal                                    8/14/07

Can you please check on my diet/snack (2400 Cal.) meal?

I saw Dr. Desrosiers on 8/7/07 and I was charged $4.00 for (2) meds which I have not received. (She also spoke to me about my diet on 8/7/07).

Thank You.

Lou G. Price, Sr. #454309

Bldg #23
A44

Double Copy Made
Placed In Sick Call Box Last Chow 8/14/07

Exhibit "C"

DCC reg. Menu. Dr. Cannuli, Psy said: "high in sodium and Fat." which has led to a rise in my blood triglycerides.



RECEIVED

AUG 3 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*THE ISTHMUS, JULY / AUGUST*                                                                PAGE 1



Menu is Subject to Change

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | |
| Tropical Fruit Mix<br>Beef Scrapple<br>Grits<br>Bread<br>Margarine<br>Milk<br>Coffee/Sugar | Pineapple Chunks<br>Farina<br>Scrambled Eggs<br>Wheat Bread<br>Jelly<br>Milk<br>Coffee/Sugar | Sliced Peaches<br>Frosted Corn Flakes<br>Creamed Beef<br>Texas Toast<br>Margarine<br>Milk<br>Coffee/Sugar | Fresh Fruit<br>Oatmeal<br>Scrambled Eggs<br>Hash Brown Patty<br>Bread<br>Jelly<br>Milk<br>Coffee/Sugar | Pineapple Chunks<br>Total<br>French Toast<br>Turk. Sausage Links<br>Syrup<br>Margarine<br>Milk<br>Coffee/Sugar | Fresh Fruit<br>Hash Brown Patty<br>Grits<br>SL. Turkey Ham<br>Bread<br>Margarine<br>Milk<br>Coffee/Sugar | Hot Spiced Apples<br>Wheaties<br>Hot Cakes<br>Syrup<br>Margarine<br>Milk<br>Coffee/Sugar |
| **LUNCH** | | | | | | |
| Bologna / Cheese<br>Macaroni Salad<br>Celery Sticks<br>Sliced Peaches<br>Wheat Bread<br>Mayonnaise<br>Cherry Drink | Sloppy Joe w/<br>Bun<br>Green Beans<br>Tossed Salad<br>Italian Dressing<br>Diced Pears<br>Orange Drink | Franks<br>Baked Beans<br>Spinach<br>Fruit Cocktail<br>Hot Dog Bun<br>Trop. Fruit Punch<br>Mustard | Vegetable Soup<br>Peanut Butter<br>Jelly<br>3-Bean Salad<br>Carrots Sticks<br>Apple Brownie Bar<br>Bread<br>Milk | Chicken Patty<br>Bun<br>Lettuce/Tomatoes<br>Corn<br>Cucumber Salad<br>Topical Fruit Mix<br>Mayonnaise<br>Cherry Drink | Hot Sub Sandwich<br>Cole Slaw<br>Mixed Veg.<br>Wheat Bread<br>Margarine<br>Orange Drink<br>Pears | Turkey Salad<br>Macaroni Salad<br>Tossed Salad<br>Fruit Cocktail<br>French Dressing<br>Trop. Fruit Punch<br>Bread |
| **DINNER** | | | | | | |
| Cheese Burger<br>Red Beans & Rice<br>Spinach<br>Chocolate Pudding<br>Ketchup<br>Strawberry Drink<br>Bun | Turkey & Gravy<br>Mashed Potatoes<br>Carrots<br>Applesauce<br>Bread<br>Margarine<br>Grape Drink | Chili Con Carne<br>Steamed Rice<br>Corn<br>Tossed Salad<br>French Dressing<br>Gl. Devil's Food Cake<br>Bread / Margarine<br>Lemonade Drink | Mac, Cheese & Beef<br>Stewed Tomatoes<br>Green Leaf Salad<br>Bread<br>Pineapple Chunks<br>Trop. Fruit Punch | Baked Fish Fillet<br>Red Beans & Rice<br>Collard Greens<br>Vanilla Pudding<br>Bread<br>Tartar Sauce<br>Strawberry Drink | Spaghetti<br>Meat Sauce<br>Tossed Salad<br>Italian Dressing<br>Yellow Cake w/ Icing<br>Garlic Bread<br>Grape Drink | BBQ Beef Rib<br>Cut Sweet Potatoes<br>Peas<br>Tapioca Pudding<br>Margarine<br>Lemonade Drink<br>Bread |

| Week #1 | June 25 | July 1 |
|---|---|---|
| Dates: | July 23 | July 29 |
| | Aug. 20 | Aug. 26 |
| | Sept. 17 | Sept. 23 |

1

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | |
| Tropical Fruit Mix<br>Cinn. Toast Crunch<br>Scrambled Eggs<br>Hash Brown Patty<br>Bread<br>Coffee/Sugar<br>Jelly<br>Milk | Hot Spiced Apples<br>Turk. Sausage Links<br>Oatmeal<br>French Toast<br>Syrup<br>Margarine<br>Milk<br>Coffee/Sugar | Sliced Peaches<br>Beef Scrapple<br>Grits<br>Wheat Bread<br>Jelly<br>Milk<br>Coffee/Sugar | Fresh Fruit<br>Total<br>Turk. Sausage Gravy<br>Texas Toast<br>Margarine<br>Milk<br>Coffee/Sugar | Pineapple Chunks<br>Golden Graham<br>Hot Cakes<br>Syrup<br>Margarine<br>Milk<br>Coffee/Sugar | Fresh Fruit<br>Oatmeal<br>Scrambled Eggs<br>Bread<br>Margarine<br>Milk<br>Coffee/Sugar | Hot Spiced Apples<br>Frosted Corn Flakes<br>Turk. Sausage Links<br>French Toast<br>Syrup<br>Margarine<br>Milk<br>Coffee/Sugar |
| **LUNCH** | | | | | | |
| Turkey Ham<br>Cheese<br>Coleslaw<br>Sliced Peaches<br>Mayonnaise<br>Iced Tea Drink<br>Bread | Franks<br>Baked Beans<br>Celery Sticks<br>Carrots<br>Applesauce<br>Hot Dog Bun<br>Strawberry Drink<br>Mustard | Bologna / Cheese<br>Celery Sticks<br>3-Bean Salad<br>Pears<br>Bread<br>Mustard<br>Grape Drink | Refried Beans<br>Taco Filling & Shell<br>Cheese Sauce<br>Shredded Lettuce<br>Taco Sauce<br>Tropical Fruit Mix<br>Lemonade Drink | Chicken Patty<br>Rice Pilaf<br>Green Beans<br>Diced Pears<br>Wheat Bread<br>Cherry Drink | Tuna Salad<br>Cheese<br>Lettuce/Tomatoes<br>Cole Slaw<br>Soft Tortilla Shell<br>Applesauce<br>Orange Drink | Cheese Steak-ern<br>Bun<br>Fried Onions<br>Potato Wedges<br>Green Leaf Salad<br>Cherry Jell-O<br>Mayonnaise<br>Ketchup<br>Iced Tea |
| **DINNER** | | | | | | |
| Baked Chicken Leg<br>Steamed Rice<br>Collard Greens<br>Corn<br>Chocolate Pudding<br>Lemonade Drink<br>Bread<br>Margarine | Sweet / Sour Chicken<br>Peas<br>Tossed Salad<br>French Dressing<br>Gl. Devil's Food Cake<br>Bread<br>Margarine<br>Orange Drink | Chili Macaroni<br>Corn<br>Bread<br>Spinach<br>Cherry Jell-O<br>Tropical Fruit Punch<br>Margarine | Swiss Steak<br>Mashed Potatoes<br>Beef Gravy<br>Collard Greens<br>Oatmeal Cookie Bar<br>Iced Tea Drink<br>Margarine<br>Bread | Baked Fish Fillet<br>Pinto Beans<br>Carrots<br>Tartar Sauce<br>Vanilla Pudding<br>Cornbread<br>Strawberry Drink | Pepper Steak<br>Rice<br>Mixed Vegetables<br>Glazed Spice Cake<br>Bread<br>Margarine<br>Grape Drink | Turkey & Gravy<br>Mashed Potatoes<br>Bread<br>Green Beans<br>Peach Cobbler<br>Lemonade Drink<br>Margarine |

| Week #2 | July 2 | July 8 |
|---|---|---|
| Dates: | July 30 | Aug. 5 |
| | Aug. 27 | Sept. 2 |
| | Sept. 24 | Sept. 30 |

2

THE ISTHMUS, JULY / AUGUST 2007

PAGE 13

# Menu

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | |
| Tropical Fruit Mix<br>Scrambled Eggs<br>Farina<br>Bread<br>Margarine<br>Coffee/Sugar<br>Milk | Pineapple Chunks<br>Wheaties<br>Hot Cakes<br>Syrup<br>Margarine<br>Milk<br>Coffee/Sugar | Sliced Peaches<br>Grits<br>Beef Scrapple<br>Wheat Bread<br>Jelly<br>Milk<br>Coffee/Sugar | Fresh Fruit<br>Oatmeal<br>Scrambled Eggs<br>Bread<br>Margarine<br>Milk<br>Coffee/Sugar | Pineapple Chunks<br>Cinn. Toast Crunch<br>Hot Cakes<br>Syrup<br>Margarine<br>Milk<br>Coffee/Sugar | Hot Spiced Apples<br>Farina<br>Scrambled Eggs<br>Bread<br>Jelly<br>Milk<br>Coffee/Sugar | Fresh Fruit<br>Total<br>French Toast<br>Syrup<br>Margarine<br>Milk<br>Coffee/Sugar |
| **LUNCH** | | | | | | |
| Turkey Ham<br>Cheese<br>Lettuce/Onions<br>Carrot Sticks<br>Sliced Peaches<br>Iced Tea Drink<br>Bread<br>Mustard | Turkey Salad<br>Potato Salad<br>Tossed Salad<br>Applesauce<br>Wheat Bread<br>Orange Drink | Franks<br>Baked Beans<br>Sauerkraut<br>Diced Pears<br>Hot Dog Bun<br>Trop. Fruit Punch<br>Mustard | Navy Bean Soup<br>Peanut Butter<br>Jelly<br>Celery Sticks<br>Applesauce<br>Bread<br>Milk | Hot Sausage<br>Steak Roll<br>Red Beans & Rice<br>Coleslaw<br>Fruit Cocktail<br>Mustard<br>Cherry Drink | Bologna & Cheese<br>Turkey Ham / Roll<br>Macaroni Salad<br>Lettuce/Tomatoes<br>Ht Pep/Pickles/Onions<br>Orange Drink<br>Mayonnaise<br>Pears | Cheese Burger<br>Carrots<br>Potato Wedges<br>Lettuce/Tomatoes<br>Sliced Peaches<br>Trop. Fruit Punch<br>Ketchup |
| **DINNER** | | | | | | |
| Chili Con Carne<br>Steamed Rice<br>Corn<br>Cherry Jell-O<br>Bread<br>Margarine<br>Cherry Drink | Chicken Patty<br>Scalloped Potatoes<br>Carrots<br>Chocolate Pudding<br>Bread<br>Mayonnaise<br>Grape Drink | Swiss Steak<br>Brown Gravy<br>Noodles<br>Succotash<br>Tropical Fruit Mix<br>Lemonade Drink<br>Margarine<br>Bread | Turkey Ham Steak<br>Rice Pilaf<br>Peas<br>Gl. Devil's Food Cake<br>Bread<br>Margarine<br>Iced Tea Drink | Fish On A Bun<br>Pinto Beans<br>Spinach<br>Stewed Tomatoes<br>Tapioca Pudding<br>Tartar Sauce<br>Strawberry Drink | Turkey Casserole<br>Green Beans<br>Cherry Jell-O<br>w/ Pineapple<br>Bread<br>Margarine<br>Grape Drink | Meat Loaf<br>Mashed Potatoes<br>Brown Gravy<br>Collard Greens<br>Glazed Spice Cake<br>Lemonade Drink<br>Margarine<br>Bread |

**3**

| | | | | | July 9<br>Aug. 6<br>Sept. 3<br>Oct. 1 | July 15<br>Aug. 12<br>Sept. 9<br>Oct. 7 | Week #3<br>Dates |
|---|---|---|---|---|---|---|---|

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | |
| Tropical Fruit Mix<br>Oatmeal<br>Scrambled Eggs<br>Bread<br>Coffee/Sugar<br>Jelly<br>Milk | Hot Spiced Apples<br>Golden Graham<br>Hot Cakes<br>Syrup<br>Margarine<br>Milk<br>Coffee/Sugar | Sliced Peaches<br>Wheaties<br>Creamed Beef<br>Texas Toast<br>Margarine<br>Milk<br>Coffee/Sugar | Fresh Fruit<br>Total<br>French Toast<br>Syrup<br>Margarine<br>Milk<br>Coffee/Sugar | Pineapple Chunks<br>Farina<br>Scrambled Eggs<br>Margarine<br>Bread<br>Milk<br>Coffee/Sugar | Pears<br>Frosted Corn Flakes<br>Hot Cakes<br>Syrup<br>Margarine<br>Milk<br>Coffee/Sugar | Fresh Fruit<br>Texas Toast<br>Turk. Sausage Gravy<br>Hash Brown Patty<br>Margarine<br>Milk<br>Coffee/Sugar |
| **LUNCH** | | | | | | |
| Franks<br>Baked Beans<br>Sauerkraut<br>Pineapple Chunks<br>Hot Dog Bun<br>Mustard<br>Iced Tea Drink | Bologna & Cheese<br>Bread<br>Potato Salad<br>Cucumber Salad<br>Applesauce<br>Strawberry Drink<br>Mayonnaise | Zesty Bean Soup<br>Crackers<br>Hot Pocket<br>Peas & Carrots<br>Tropical Fruit Mix<br>Grape Drink | Turkey Ham<br>Cheese<br>Macaroni Salad<br>Lettuce/Onion<br>Lemonade Drink<br>Mayonnaise<br>Pears<br>Bread | Hamburger w/<br>Bun<br>Hashbrown Patty<br>Corn<br>Applesauce<br>Ketchup<br>Cherry Drink | Tuna Salad<br>Soft Tortilla Shell<br>Lettuce Tomatoes<br>Carrot Sticks<br>Sliced Peaches<br>Orange Drink | Chicken Patty<br>Cheese & Bun<br>Succotash<br>Coleslaw<br>Fruit Cocktail<br>Tropical Fruit Punch<br>Mayonnaise |
| **DINNER** | | | | | | |
| Spaghetti<br>Meat Sauce<br>Tossed Salad<br>Italian Dressing<br>Peaches<br>Garlic Bread<br>Cherry Drink | Chicken Patty<br>Rice<br>Green Beans<br>Orange Jell-O<br>Bread<br>Margarine<br>Orange Drink | Swiss Steak<br>Brown Gravy<br>Mashed Potatoes<br>Spinach<br>Pineapple Chunks<br>Margarine<br>Tropical Fruit Punch<br>Bread | Turkey Stir Fry<br>Rice<br>Peas<br>Wheat Bread<br>Vanilla Pudding<br>Margarine<br>Iced Tea Drink | Baked Fish Fillet<br>Stewed Tomatoes<br>Carrots<br>Lime Jell-O<br>Corn Bread<br>Tartar Sauce<br>Strawberry Drink | Turkey Ham Steak<br>Macaroni & Cheese<br>Collard Greens<br>Chocolate Pudding<br>Wheat Bread<br>Margarine<br>Grape Drink | Baked Chicken Leg<br>Chicken Gravy<br>Mashed Potatoes<br>Green Beans<br>Apple Crisp<br>Lemonade Drink<br>Margarine<br>Bread |

**4**

| | | | | | July 16<br>Aug. 13<br>Sept. 10<br>Oct. 8 | July 22<br>Aug. 19<br>Sept. 16<br>Oct. 14 | Week #4<br>Dates |
|---|---|---|---|---|---|---|---|

Exhibit "D"



$My personal notes on the day I saw Nurse Adrian — during my EKG — when she said that Dr. Desrosiers did in fact reinstate my diet.

C.O. Burton (Kitchen Officer) said on 8/20/07 in the messhall that yes my diet was reinstated and sent from the main Kitchen.



8/20/07 — Nurse Adrian said "Your diets in the computer." (Kit. Sgt. Hughes was right there when she said it).

This afternoon during lunch Hughes relayed Nurse Adrian's message to messhall staff C.O. Harmon and she said my name is not in the computer, denying my diet meal. But inmate "Van" gave me one outside of her presence.

8/20/07 at 5:33 pm I returned from eve chow w/ snack and was told by C.O. Burton that my meal was just reinstated this evening and a diet meal was sent from the Kit for me.