8/30/07

Dear Mr. Dalleo, Court Clerk For
The District Court of Delaware

Re: 07-380-SLR
    Price v. Carroll et al



Dear Sir,
  Please find the application to proceed In Forma Pauperis as promised. Please file with (and for) the TRO request I filed as of yesterday.

Thank You.

Lou G. Price, Sr.
8/30/07

I/M Jon H. Price Jr.
SBI# 454359  UNIT 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

07-380-SLR

Mr. Peter Dalleo, clerk
US Dist Court of Delaware
844 N. King St.
Lockbox 18
Wilmington De
19801