AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

RECEIVED-D.C.C.

AUG 2 9 2007

SUPPORT SERVICES MANAGER

RECEIVED SEP - 4 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Lou G. Price, Sr.
Plaintiff

V.

Tom Carroll, et al.
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 07-380-SLR

I, Lou G. Price, Sr. declare that I am the (check appropriate box)

• • Petitioner (Plaintiff) Movant    • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    •(Yes)    • •No    (If "No" go to Question 2)

   If "YES" state the place of your incarceration  Delaware Correctional Center

   Inmate Identification Number (Required): 454309

   Are you employed at the institution? No  Do you receive any payment from the institution? None

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?    • •Yes    •(No)

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    • • Yes    • • No
   b. Rent payments, interest or dividends              • • Yes    • • No
   c. Pensions, annuities or life insurance payments    • • Yes    • • No
   d. Disability or workers compensation payments       • • Yes    • • No
   e. Gifts or inheritances                             • • Yes    • • No
   f. Any other sources                                 • • Yes    • • No

   If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or savings accounts?    •• Yes    • (No)

   If "Yes" state the total amount $_____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
                                                             •• Yes    (•• No)

   If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

   *None*

I declare under penalty of perjury that the above information is true and correct.

8/28/07                              *Jay G. Price, Jr.*
DATE                                 SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ ___0___ on account his/her credit at (name of institution) __Delaware Correctional Center__.

I further certify that the applicant has the following securities to his/her credit: (- 398.30)

I further certify that during the past six months the applicant's average monthly balance was $ ___0___

and the average monthly deposits were $ ___0___

__8/29/07__  
Date

__Stacy Shane__  
Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

RECEIVED-D.C.C.

AUG 2 9 2007

SUPPORT SERVICES MANAGER

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Ron Price_     SBI#: _454309_

FROM:   Stacy Shane, Support Services Secretary

RE:     **6 Months Account Statement**

DATE:   _August 29, 2007_

---

Attached are copies of your inmate account statement for the months of _February 1, 2007_ to _July 31, 2007_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Feb | 0 |
| March | 0 |
| April | 0 |
| May | 0 |
| June | 0 |
| July | 0 |

Average daily balances/6 months: _0_

Attachments
CC: File

_Stacy Shane_
8/29/07

_Jeanette L. [illegible]_
8/29/07

RECEIVED
SEP - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DELAWARE CORRECTIONAL CENTER
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX-MONTH PERIOD

TO: Mrs. Tonya Smith
Support Services Manager
Delaware Correctional Center
Smyrna, Delaware 19977

DATE: 8, 26, 2007

FROM: _Lou G. Price Sr_____    454309
Inmate Name   (Please Print Name)        SBI #

RECEIVED-D.C.C.

AUG 2 9 2007

SUPPORT SERVICES MANAGER

--- I HEREBY CERTIFY ---

Pursuant to the Prison Litigation Reform Act, 28 U.S.C. 1915 (a)(2), Effective April 26, 1996, I am requesting a certified Statement of my Institution Trust Fund Account for the previous six-month period. Please forward same to me.

_Lou G. Price, Sr._
Signature

(28 U.S.C. 1746 and 18 U.S.C. 1621)

Date Printed: 8/29/2007

## Individual Statement
### From February 2007 to July 2007

Page 1 of 4

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00454309 | PRICE | LOU | G | | Beginning Month Balance: | $0.00 |
| Current Location: | 23 | | Comments: | | Ending Month Balance: | $0.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 2/6/2007 | $0.00 | $0.00 | ($1.11) | $0.00 | 383326 | | 1/23/07 | |
| Supplies-MailPosta | 2/6/2007 | $0.00 | $0.00 | ($0.87) | $0.00 | 383339 | | 1/22/07 | |
| Supplies-MailPosta | 2/6/2007 | $0.00 | $0.00 | ($0.87) | $0.00 | 383340 | | 1/22/07 | |
| Supplies-MailPosta | 2/7/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 383499 | | 1/30/07 | |
| Supplies-MailPosta | 2/7/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 383500 | | 1/22/07 | |
| Supplies-MailPosta | 2/9/2007 | $0.00 | $0.00 | ($5.60) | $0.00 | 384778 | | 1/15/07 | |
| Supplies-MailPosta | 2/9/2007 | $0.00 | $0.00 | $5.60 | $0.00 | 384872 | | POSTING CORRECTI | |
| Supplies-MailPosta | 2/9/2007 | $0.00 | $0.00 | ($1.83) | $0.00 | 384873 | | 1/16/07 | |
| Supplies-MailPosta | 2/9/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 384941 | | 1/8/07 | |
| Supplies-MailPosta | 2/9/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 384942 | | 1/8/07 | |
| Supplies-MailPosta | 2/15/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 387976 | | 2/8/07 | |
| Supplies-MailPosta | 2/15/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 387982 | | 2/8/07 | |
| Supplies-MailPosta | 2/16/2007 | $0.00 | $0.00 | ($1.59) | $0.00 | 388599 | | 1/18/07 | |
| Supplies-MailPosta | 2/16/2007 | $0.00 | $0.00 | ($3.70) | $0.00 | 388627 | | 1/13/07 | |
| Supplies-MailPosta | 2/16/2007 | $5.60 | $0.00 | $0.00 | $5.60 | 388697 | | INDIGENT 2/15/07 | |
| Supplies-MailPosta | 2/16/2007 | ($1.83) | $0.00 | $0.00 | $3.77 | 389040 | | POSTING CORRECTI | |
| Supplies-MailPosta | 2/16/2007 | ($0.39) | $0.00 | $0.00 | $3.38 | 389041 | | 1/16/07 | |
| Supplies-MailPosta | 2/16/2007 | ($0.39) | $0.00 | $0.00 | $2.99 | 389071 | | 1/8/07 | |
| Supplies-MailPosta | 2/16/2007 | ($0.63) | $0.00 | $0.00 | $2.36 | 389072 | | 1/8/07 | |
| Supplies-MailPosta | 2/16/2007 | ($0.63) | $0.00 | $0.00 | $1.73 | 389209 | | 1/30/07 | |
| Supplies-MailPosta | 2/16/2007 | ($0.63) | $0.00 | $0.00 | $1.10 | 389210 | | 1/22/07 | |
| Supplies-MailPosta | 2/16/2007 | ($0.39) | $0.00 | $0.00 | $0.71 | 389333 | | 2/8/07 | |
| Supplies-MailPosta | 2/16/2007 | ($0.39) | $0.00 | $0.00 | $0.32 | 389359 | | 1/18/07 | |
| Supplies-MailPosta | 2/16/2007 | ($0.32) | $0.00 | ($1.27) | $0.00 | 389370 | | 2/8/07 | |
| Supplies-MailPosta | 2/21/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 389409 | | 1/13/07 | |
| Supplies-MailPosta | 2/21/2007 | $0.00 | $0.00 | ($4.05) | $0.00 | 391119 | | 1/12/07 | |
| Supplies-MailPosta | 2/21/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 391122 | | 1/12/07 | |
| Supplies-MailPosta | 2/21/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 391191 | | 12/13/06 | |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($4.20) | $0.00 | 391237 | | 2/15/07 | |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 392233 | | 2/15/07 | |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($1.11) | $0.00 | 392246 | | 2/15/07 | |

Date Printed: 8/29/2007

**Individual Statement**
**From February 2007 to July 2007**

Page 2 of 4

| SBI | Last Name | First Name | MI | Suffix | | Beginning Month Balance: | $0.00 |
|---|---|---|---|---|---|---|---|
| 00454309 | PRICE | LOU | G | | | Ending Month Balance: | $0.00 |
| Current Location: 23 | | | Comments: | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 2/27/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 393497 | | 2/23/07 | |
| Medical | 3/2/2007 | $0.00 | ($6.00) | $0.00 | $0.00 | 395701 | | 12/12/07 | |
| Supplies-MailPosta | 3/16/2007 | $0.00 | $0.00 | ($2.55) | $0.00 | 401239 | | 3/1/07 | |
| Medical | 3/22/2007 | $0.00 | ($4.00) | $0.00 | $0.00 | 405127 | | 3/21/07 | |
| Supplies-MailPosta | 3/22/2007 | $0.00 | $0.00 | ($4.20) | $0.00 | 405256 | | 3/9/07 | |
| Supplies-MailPosta | 4/12/2007 | $0.00 | $0.00 | ($3.70) | $0.00 | 413957 | | INDIGENT 3/6/07 | |
| Supplies-MailPosta | 4/12/2007 | $0.00 | $0.00 | ($3.86) | $0.00 | 414067 | | INDIGENT 4/5/07 | |
| Supplies-MailPosta | 4/16/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 415391 | | 3/23/07 | |
| Supplies-MailPosta | 4/16/2007 | $0.00 | $0.00 | ($1.11) | $0.00 | 415418 | | 3/22/07 | |
| Supplies-MailPosta | 4/16/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 415423 | | 3/12/07 | |
| Supplies-MailPosta | 4/16/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 415424 | | 3/12/07 | |
| Supplies-MailPosta | 4/16/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 415425 | | 3/12/07 | |
| Supplies-MailPosta | 4/16/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 415426 | | 3/12/07 | |
| Supplies-MailPosta | 4/16/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 415427 | | 3/12/07 | |
| Supplies-MailPosta | 4/16/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 415428 | | 3/12/07 | |
| Supplies-MailPosta | 4/16/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 415430 | | 3/22/07 | |
| Supplies-MailPosta | 4/16/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 415431 | | 3/22/07 | |
| Supplies-MailPosta | 4/16/2007 | $0.00 | $0.00 | ($1.11) | $0.00 | 415444 | | 3/27/07 | |
| Supplies-MailPosta | 4/16/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 415512 | | 4/1/07 | |
| Supplies-MailPosta | 4/16/2007 | $0.00 | $0.00 | ($1.83) | $0.00 | 415514 | | 4/1/07 | |
| Supplies-MailPosta | 4/20/2007 | $0.00 | $0.00 | ($0.87) | $0.00 | 417742 | | 4/2/07 | |
| Supplies-MailPosta | 4/24/2007 | $0.00 | $0.00 | ($4.20) | $0.00 | 419278 | | 4/4/07 | |
| Supplies-MailPosta | 4/24/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 419415 | | 3/29/07 | |
| Supplies-MailPosta | 4/24/2007 | $0.00 | $0.00 | ($7.15) | $0.00 | 419486 | | 3/28/07 | |
| Medical | 5/3/2007 | $0.00 | ($4.00) | $0.00 | $0.00 | 423979 | | 4/23/07 | |
| Supplies-MailPosta | 5/8/2007 | $0.00 | $0.00 | ($3.86) | $0.00 | 425845 | | INDIGENT 5/3/07 | |
| Supplies-MailPosta | 5/16/2007 | $0.00 | $0.00 | ($4.20) | $0.00 | 428816 | | 4/15/07 | |
| Supplies-MailPosta | 5/22/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 431271 | | 4/28/07 | |
| Supplies-MailPosta | 5/22/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 431272 | | 4/28/07 | |
| Supplies-MailPosta | 5/22/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 431296 | | 4/29/07 | |
| Supplies-MailPosta | 5/22/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 431301 | | 4/29/07 | |

Date Printed: 8/29/2007

Individual Statement
From February 2007 to July 2007

Page 3 of 4

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00454309 | PRICE | LOU | G | | Beginning Month Balance: | $0.00 |
| Current Location: | 23 | | Comments: | | Ending Month Balance: | $0.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 5/23/2007 | $0.00 | $0.00 | ($2.07) | $0.00 | 432078 | | 5/4/07 | |
| Supplies-MailPosta | 5/23/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 432081 | | 5/4/07 | |
| Supplies-MailPosta | 5/23/2007 | $0.00 | $0.00 | ($9.85) | $0.00 | 432094 | | 5/4/07 | |
| Supplies-MailPosta | 5/23/2007 | $0.00 | $0.00 | ($4.20) | $0.00 | 432120 | | 5/5/07 | |
| Supplies-MailPosta | 5/23/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 432127 | | 5/5/07 | |
| Supplies-MailPosta | 5/23/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 432128 | | 5/5/07 | |
| Supplies-MailPosta | 5/23/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 432129 | | 5/5/07 | |
| Supplies-MailPosta | 5/23/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 432130 | | 5/5/07 | |
| Supplies-MailPosta | 5/23/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 432131 | | 5/5/07 | |
| Supplies-MailPosta | 5/25/2007 | $0.00 | $0.00 | ($0.58) | $0.00 | 432757 | | 5/8/07 | |
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 436370 | | 5/17/07 | |
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($0.92) | $0.00 | 436406 | | 5/15/07 | |
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($2.65) | $0.00 | 436508 | | 5/14/07 | |
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($0.75) | $0.00 | 436660 | | 5/13/07 | |
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($0.58) | $0.00 | 436792 | | 5/23/07 | |
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($0.58) | $0.00 | 436793 | | 5/24/07 | |
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($0.58) | $0.00 | 436810 | | 5/24/07 | |
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($1.31) | $0.00 | 436811 | | 5/24/07 | |
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($0.58) | $0.00 | 436846 | | 5/25/07 | |
| Legal | 6/8/2007 | $0.00 | $0.00 | ($18.00) | $0.00 | 440900 | | 6/07 | |
| Supplies-MailPosta | 6/12/2007 | $0.00 | $0.00 | ($3.82) | $0.00 | 441968 | | INDIGENT 6/6/07 | |
| Supplies-MailPosta | 6/15/2007 | $0.00 | $0.00 | ($0.97) | $0.00 | 444016 | | 5/31/07 | |
| Supplies-MailPosta | 6/15/2007 | $0.00 | $0.00 | ($4.60) | $0.00 | 444047 | | 6/3/07 | |
| Supplies-MailPosta | 6/25/2007 | $0.00 | $0.00 | ($1.82) | $0.00 | 447564 | | 6/11/07 | |
| Supplies-MailPosta | 7/10/2007 | $0.00 | $0.00 | ($3.98) | $0.00 | 454674 | | INDIGENT 7/5/07 | |
| Supplies-MailPosta | 7/11/2007 | $0.00 | $0.00 | ($6.30) | $0.00 | 454861 | | 6/9/07 | |
| Supplies-MailPosta | 7/16/2007 | $0.00 | $0.00 | ($0.80) | $0.00 | 456783 | | 6/16/07 | |
| Supplies-MailPosta | 7/16/2007 | $0.00 | $0.00 | ($0.97) | $0.00 | 456785 | | 6/18/07 | |
| Supplies-MailPosta | 7/16/2007 | $0.00 | $0.00 | ($0.97) | $0.00 | 456786 | | 6/16/07 | |
| Supplies-MailPosta | 7/17/2007 | $0.00 | $0.00 | ($8.40) | $0.00 | 457843 | | 6/23/07 | |
| Supplies-MailPosta | 7/17/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 457850 | | 6/25/07 | |

Date Printed: 8/29/2007

# Individual Statement
## From February 2007 to July 2007

Page 4 of 4

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00454309 | PRICE | LOU | G | | Beginning Month Balance: | $0.00 |
| Current Location: 23 | | Comments: | | | Ending Month Balance: | $0.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 7/17/2007 | $0.00 | $0.00 | ($0.90) | $0.00 | 457857 | | 6/25/07 | |
| Supplies-MailPosta | 7/19/2007 | $0.00 | $0.00 | ($0.80) | $0.00 | 458962 | | 7/1/07 | |
| Supplies-MailPosta | 7/19/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 458979 | | 6/29/07 | |
| Supplies-MailPosta | 7/24/2007 | $0.00 | $0.00 | ($1.05) | $0.00 | 461339 | | 5/15/07 | |
| Supplies-MailPosta | 7/25/2007 | $0.00 | $0.00 | ($2.16) | $0.00 | 461963 | | 7/6/07 | |
| Supplies-MailPosta | 7/25/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 461976 | | 7/7/07 | |
| Supplies-MailPosta | 7/25/2007 | $0.00 | $0.00 | ($0.58) | $0.00 | 462000 | | 7/5/07 | |
| Supplies-MailPosta | 7/25/2007 | $0.00 | $0.00 | ($0.58) | $0.00 | 462001 | | 7/6/07 | |
| Supplies-MailPosta | 7/25/2007 | $0.00 | $0.00 | ($0.58) | $0.00 | 462002 | | 7/6/07 | |
| Supplies-MailPosta | 7/25/2007 | $0.00 | $0.00 | ($0.58) | $0.00 | 462003 | | 7/6/07 | |
| Supplies-MailPosta | 7/25/2007 | $0.00 | $0.00 | ($0.58) | $0.00 | 462004 | | 7/5/07 | |
| Supplies-MailPosta | 7/25/2007 | $0.00 | $0.00 | ($0.58) | $0.00 | 462005 | | 7/6/07 | |
| Supplies-MailPosta | 7/25/2007 | $0.00 | $0.00 | ($1.48) | $0.00 | 462047 | | 7/10/07 | |

Ending Month Balance: $0.00

Total Amount Currently on Medical Hold: ($34.00)
Total Amount Currently on Legal Hold: ($26.00)
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($338.30)