IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 07-380-SLR |
| ) | |
| TOM CARROLL, ELIZABETH BURRIS, ) | |
| D. PIERCE, DAVID K. HOLMAN, ) | |
| JOSEPH RICHARDSON, A. PROFACI, ) | |
| D. FIELDS, C.O. BASSINGER, ) | |
| C.O. 3 UNK. KITCHEN, QUANI NEAL, ) | |
| DR. LOUISE DESROSIERS, ) | |
| DIETICIAN/NUTRITIONIST CMS, ) | |
| and M. KNIGHT, ) | |
| ) | |
| Defendants. ) | |

## ORDER

WHEREAS, plaintiff Lou Garden Price, Sr., a prisoner incarcerated at the Delaware Correctional Center, filed this lawsuit pursuant to 42 U.S.C. § 1983;

WHEREAS, on August 31, 2007, plaintiff filed a motion for injunctive relief (D.I. 17);

THEREFORE, at Wilmington this 18th day of September, 2007,

IT IS ORDERED that:

1. Defendants shall file a response to plaintiff's motion (D.I. 17) on or before **October 17, 2007.**

2. Plaintiff may file a reply on or before **October 31, 2007.**

_____
United States District Judge