IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LOU GARDEN PRICE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 07-380-SLR |
| v. | ) | |
| | ) | |
| TOM CARROLL, ELIZABETH BURRIS, | ) | |
| D. PIERCE, DAVID K. HOLMAN, | ) | Jury Trial Requested |
| JOSEPH RICHARDSON, A. PROFACI, | ) | |
| D. FIELDS, C.O. BASSINGER, | ) | |
| 3 UNK. KITCHEN C.O.'S, QUANI NEAL, | ) | |
| DR. LOUISE DESROSIERS, | ) | |
| DIETICIAN/NUTRITIONIST CMS, and | ) | |
| M. KNIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Erika Y. Tross on behalf of State Defendant David K. Holman ("State Defendant Holman"). This Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon State Defendant Holman. State Defendant Holman specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

        DEPARTMENT OF JUSTICE
        STATE OF DELAWARE

        */s/ Erika Y. Tross*
        Erika Y. Tross (#4506)
        Deputy Attorney General
        820 N. French Street
        Wilmington, DE  19801
        (302) 577-8400
            Attorney for the State Defendants

Dated: October 19, 2007

# **CERTIFICATE OF SERVICE**

I, Erika Y. Tross, Esq., hereby certify that on October 19, 2007, I caused a true and correct copy of the attached ***Entry of Appearance*** to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT:**

Inmate Lou Garden Price, Sr.
SBI #00454309
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

__ One true copy by facsimile transmission to each recipient

✓ Two true copies by first class mail, postage prepaid, to each recipient

__ Two true copies by Federal Express

__ Two true copies by hand delivery to each recipient

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400