# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 07-380-SLR |
| v. ) | |
| ) | |
| TOM CARROLL, ELIZABETH BURRIS, ) | |
| D. PIERCE, DAVID K. HOLMAN, ) | Jury Trial Requested |
| JOSEPH RICHARDSON, A. PROFACI, ) | |
| D. FIELDS, C.O. BASSINGER, ) | |
| 3 UNK. KITCHEN C.O.'S, QUANI NEAL, ) | |
| DR. LOUISE DESROSIERS, ) | |
| DIETICIAN/NUTRITIONIST CMS, and ) | |
| M. KNIGHT, ) | |
| ) | |
| Defendants. ) | |

## STATE DEFENDANT DAVID K. HOLMAN'S JOINDER IN STATE DEFENDANTS TOM CARROLL, ELIZABETH BURRIS, DAVID PIERCE, JOSEPH RICHARDSON, ALISA PROFACI, DORENE FIELDS, CHRISTINE BAYSINGER, AND MICHAEL KNIGHT'S ANSWER TO PLAINTIFF'S COMPLAINT [RE: D.I. 2]

COMES NOW, State Defendant David K. Holman ("State Defendant Holman"), by and through the undersigned counsel, and hereby joins and incorporates by reference State Defendants Tom Carroll, Elizabeth Burris, David Pierce, Joseph Richardson, Alisa Profaci, Dorene Fields, Christine Baysinger, and Michael Knight's Answer to Plaintiff's Complaint [RE: D.I. 2] (D.I. 27).

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        */s/ Erika Y. Tross*
        Erika Y. Tross (#4506)
        Deputy Attorney General
        820 North French Street, 6th Floor
        Wilmington, Delaware 19801
        (302) 577-8400

Dated: October 19, 2007        Attorney for the State Defendants

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on October 19, 2007, I caused a true and correct copy of the attached *State Defendant David K. Holman's Joinder in State Defendants Tom Carroll, Elizabeth Burris, David Pierce, Joseph Richardson, Alisa Profaci, Dorene Fields, Christine Baysinger, and Michael Knight's Answer to Plaintiff's Complaint [Re: D.I. 2]* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Inmate Lou G. Price, Sr.
SBI #454309
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

___One true copy by facsimile transmission to each recipient

✓ Two true copies by first class mail, postage prepaid, to each recipient

___Two true copies by Federal Express

___Two true copies by hand delivery to each recipient

/s/ Erika Y. Tross
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400