In The United States District Court
For The District Of Delaware

Lou G. Price, Sr.,
    Plaintiff,

v.

Tom Carroll, Elizabeth Burris,
David Pierce, David K. Holman,
Joseph Richardson, Alisa Profaci,
Dorene Fields, C.O. Bassinger,
Three (3) Unknown Kitchen C.O.'S,
Quani Neal, Dr. Louise Desrosiers,
Dietician For CMS and Michael
Knight,
    Defendants.

C.A. No. 07-380-SLR

Jury Trial Requested


RECEIVED OCT 23 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## Motion For Leave To File An Amended Complaint

Plaintiff Lou Garden Price, Sr., pursuant to Rules 15(a) and 19(a) of the Federal Rules of Civil Procedure, requests leave to file an amended complaint adding parties and and charges that

were not fully known at the time Plaintiff submitted his original complaint.

1. The Plaintiff in his original complaint named (3) Unknown Kitchen C.O's (correction officers) as Defendants.

2. Since the filing of the original complaint the Plaintiff has been able to determine that the names of the Unknown Kitchen C.O.'S are as follows:

   1. C.O. Miss Harmon
   2. C.O. Miss Bassinger

The Plaintiff can only identify these two female C.O.'S above. C.O. Bassinger was already named in the complaint so therefore Miss Harmon is the only other Kitchen C.O. Price/Plaintiff desires to add as the "Unknown Kitchen C.O.'S." There will be no more Kitchen C.O.'S made party to this portion of the complaint other

than the two <u>Food Service Directors</u>, (Below).
(<u>Mr. Klein ; Mr. Knight</u>).

3. As Plaintiff asserted above, due to him not fully knowing names, information, etc. — at the time he submitted the original complaint — he now moves to add more parties, more charges and thus follow through on his promise to file/add a <u>Section 1985</u> Complaint before this Honorable Court. (See Fourth Motion For Appointment of Counsel in Case # 05-871-SLR).

4. Furthermore, because of the serious nature of the offenses made by DCC-DOC, CMS employees, and other State officials — including <u>retaliation</u> and <u>interference</u> with Plaintiff's Civil rights — the Plaintiff moves to amend and expand original complaint #07-380-SLR at this time, placing specific emphasis on the added claims of <u>Section 1985</u> violations and the claims of dangerous

prison conditions created by DOC policy-making authorities and those who enforce them under the color of state law.

5. This Honorable Court should freely grant leave to amend a Complaint. See Foman v. Davis, 371 U.S. 178, 182 (1962).

Respectfully Submitted,

*Lou G. Price, Sr.*

Dated: October 17th, 2007

Lou Garden Price, Sr.
(Pro Se)
DCC 1181 Paddock Rd
Smyrna De 19977