Mr. Peter Dalleo, Clerk
US District Court De.
Hon. Judge Sue L. Robinson

10/19/07

Re: 07-380 SLR



RECEIVED
OCT 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The mailing/paying system of the law library is not prompt all the time, which means that I'm unable to obtain copies promptly.

I've enclosed the Motion For Leave To File An Amended Complaint. And that's dated 10/17/07. Also, I've enclosed the Amended Memorandum In Support of Plaintiff's 1983 and 1985 Civil Rights Complaint. Even if I could place the Exhibits in with the "Amended Motion/Memorandum" the law library has not returned those copies. They would not fit in with these type of envelopes anyway. So I'm filing the Complaint

now and soon to follow will be the Exhibit/Attachments to complete the Complaint. I feel compelled to file it now because Judge Robinson is considering my motion for injunctive relief currently.

Sorry for the delays.

Respectfully,

Lou G. Price, Sr. #454309
_____
Lou G. Price, Sr.
DCC Smyrna, De
19977

I/M [signature] G Rice
SBI# 454309 UNIT 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

07-380-SLR

U.S.M.S.
X-RAY

United States District Court - Delaware
(Mr. Peter Dalleo, Clerk
844 N. King St / Lockbox 18
Wilmington De.
19801

02 1A
0004608975
MAILED FROM ZIPCODE 19977
UNITED STATES POSTAGE
$ 04.60⁰
OCT 21 2007
PITNEY BOWES