To: US Dist. Court of Delaware
Court Clerk, Mr. Dalleo.

10/22/07

Re: C.A. No. 07-380-SLR

Price v. Carroll, et. al. (Lou G. Price, Sr.)

Dear Mr. Dalleo,

Enclosed please find a copy of my Amended Complaint which I recently filed without the attached Exhibits. Thank you for your patience, Sir.

Respectfully Submitted,

Lou G. Price, Sr.

Lou G. Price, Sr. (Pro Se)
DCC Smyrna De 19977
10/22/07

FILED
OCT 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE