UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR.,           ) | |
|                                                        ) | Case No. 07-380 |
|            Plaintiff,                            ) | JURY TRIAL DEMANDED |
|     v.                                              ) | |
|                                                        ) | |
| TOM CARROLL, ELIZABETH "BETTY" ) | |
| BURNS, D. PIERCE, DAVID K.       ) | |
| HOLMAN, JOSEPH RICHARDSON, ) | |
| A. PROFACI, D. FIELDS, C.O.        ) | |
| BASSINGER (B-KIT.), 3-UNK.         ) | |
| KITCHEN C.O.s, QUANI NEAL,       ) | |
| DR. LOUISE DESROSIERS;           ) | |
| DIETICIAN/NUTRITIONIST CMS;    ) | |
| And M. KNIGHT.                          ) | |
|                                                        ) | |
|            Defendants.                        ) | |

## ENTRY OF APPEARANCE

Please enter the appearance of James E. Drnec, Esquire, and Balick & Balick, LLC on behalf of defendant Dr. Louise Desrosiers. This entry of appearance is not a waiver of any defense available to the Medical Defendants, and all defenses to the above-captioned action are reserved.

BALICK & BALICK, LLC

       /s/ James E. Drnec
James E. Drnec, Esquire (#3789)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendant Dr. Louise Desrosiers

Date:   December 11, 2007

**CERTIFICATE OF SERVICE**

I, James Drnec, hereby certify that on the 11th day of December 2007, the foregoing Entry of Appearance was filed via CM/ECF and served First Class Mail upon the following:

    Lou Garden Price, Sr.
    SBI# 454309
    Delaware Correctional Center
    1181 Paddock Rd.
    Smynra, DE 19977

    Erika Yvonne Tross, Esquire
    Delaware Department of Justice
    820 North French Street
    6th Floor
    Wilmington, DE 19801

        /s/ James E. Drnec
    James E. Drnec, Esquire (#3789)