IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-380-SLR |
| | ) |
| TOM CARROLL, ELIZABETH BURRIS, | ) |
| D. PIERCE, DAVID K. HOLMAN, | ) |
| JOSEPH RICHARDSON, A. PROFACI, | ) |
| D. FIELDS, C.O. BASSINGER, | ) |
| 3 UNK. KITCHEN C.O.'S, QUANI NEAL, | ) |
| DR. LOUISE DESROSIERS, | ) |
| DIETICIAN/NUTRITIONIST CMS, and | ) |
| M. KNIGHT, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, plaintiff Lou Garden Price, Sr., a prisoner housed at the Delaware

Correctional Center, Smyrna, Delaware, filed this lawsuit pursuant to 42 U.S.C. § 1983;

WHEREAS, on December 17, 2007, plaintiff filed a motion for preliminary

injunction to stop defendants' alleged retaliatory conduct as a result of the filing of this

lawsuit (D.I. 41);

THEREFORE, at Wilmington this _20th_ day of December, 2007, IT IS ORDERED

that:

1.    Defendants shall file a response to plaintiff's motion (D.I. 41) on or before

**December 28, 2007**.

2.    Plaintiff may file a reply on or before **January 7, 2007.**

UNITED STATES DISTRICT JUDGE