UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., ) | |
| ) | Case No. 07-380 SLR |
| Plaintiff, ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| TOM CARROLL, ELIZABETH "BETTY" ) | |
| BURNS, D. PIERCE, DAVID K. ) | |
| HOLMAN, JOSEPH RICHARDSON, ) | |
| A. PROFACI, D. FIELDS, C.O. ) | |
| BASSINGER (B-KIT.), 3-UNK. ) | |
| KITCHEN C.O.s, QUANI NEAL, ) | |
| DR. LOUISE DESROSIERS; ) | |
| DIETICIAN/NUTRITIONIST CMS; ) | |
| and M. KNIGHT, ) | |
| ) | |
| Defendants. ) | |

---

## MOTION FOR EXTENSION OF TIME

Defendants Quani Neal and Dr. Louis Desrosiers move this Court, pursuant to Rule 16.4 of this Court, for an Order extending the time for filing of Response to Plaintiff's Motion for TRO/PI from Friday, December 28, 2007 to Friday, January 4, 2008. Defendant's counsel, James Drnec, is out of the country until January 2, 2008. Mr. Drnec's last day in the office was December 18, 2007. The Court issued a scheduling order on December 21, 2007.

Defendants have not been able to contact Plaintiff, who is *pro se* and incarcerated, to review this request with him for approval of the extension.

BALICK & BALICK, LLC


       /s/ Adam Balick
Adam Balick, Esquire (#2718)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendants Quani Neal and Dr. Louise Desrosiers

Date: December 27, 2007


SO ORDERED THIS _____ day of December 2007.


_____
J.

**CERTIFICATE OF SERVICE**

I, Adam Balick, hereby certify that on the 27th day of December 2007, the foregoing Motion for Extension of Time was filed via CM/ECF and served First Class Mail upon the following:

Lou Garden Price, Sr.
SBI# 454309
Delaware Correctional Center
1181 Paddock Rd.
Smynra, DE 19977

Erika Yvonne Tross, Esquire
Delaware Department of Justice
820 North French Street
6th Floor
Wilmington, DE 19801

/s/ Adam Balick
Adam Balick, Esquire (#2718)