## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LOU GARDEN PRICE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 07-380-SLR |
| v. | ) | |
| | ) | |
| TOM CARROLL, ELIZABETH BURRIS, | ) | |
| D. PIERCE, DAVID K. HOLMAN, | ) | Jury Trial Requested |
| JOSEPH RICHARDSON, A. PROFACI, | ) | |
| D. FIELDS, C.O. BASSINGER, | ) | |
| 3 UNK. KITCHEN C.O.'S, QUANI NEAL, | ) | |
| DR. LOUISE DESROSIERS, | ) | |
| DIETICIAN/NUTRITIONIST CMS, and | ) | |
| M. KNIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

### STATE DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME [RE:D.I. 41]

COMES NOW, State Defendants Tom Carroll, Elizabeth Burris, David Pierce, David Holman, Joseph Richardson, Alisa Profaci, Dorene Fields, Christine Baysinger and Michael Knight (the "State Defendants"), by and through their undersigned counsel, and hereby move this Honorable Court (the "Motion") to enter an Order granting an enlargement of time pursuant to Rule 6(b)(2) of the Federal Rules of Civil Procedure, in which to file a response to Plaintiff's Motion Seeking Preliminary Injunction Relief (D.I. 41) (the "Second Motion for Injunctive Relief"). In support of the Motion, the State Defendants state as follows:

1.      Plaintiff Lou G. Price, Sr. ("Price" or "Plaintiff") is an inmate presently incarcerated at the Delaware Correctional Center ("DCC"). Price is appearing *pro se* in this matter with leave to proceed *in forma pauperis*.

2.      On June 12, 2007, Price filed a Complaint instituting the above-captioned

matter.  In the Complaint Price alleges, *inter alia*, that the defendants are denying him his special medical diet in violation of his constitutional rights.  (D.I. 2).

3.    Approximately six months later, on December 17, 2007, Price filed his Second Motion for Injunctive Relief.  In his Second Motion for Injunctive Relief Price claims that some of the State Defendants are retaliating against him in response to his filing the Complaint.

4.    Three days later, on Thursday, December 20, 2007, the Court entered an order directing the defendants to file a response to the Second Motion for Injunctive Relief no later than December 28, 2007.

5.    The undersigned counsel anticipates filing a response to Plaintiff's Second Motion for Injunctive Relief, however, due to the press of other litigation and the holiday season counsel for the State Defendants has been unable to gather the information and documents needed to effectively respond to the allegations in Plaintiff's Second Motion for Injunctive Relief.  In light of the circumstances, counsel requests an enlargement of fourteen (14) days until January 11, 2008, to file a response on behalf of the State Defendants.

6.    This is the State Defendants' first request for an extension of time to file a response to Price's Second Motion for Injunctive Relief.

7.    A form of order is attached to this motion that will grant the State Defendants a fourteen (14) day extension until on or before January 11, 2008, to file the State Defendants' response to Plaintiff's Second Motion for Injunctive Relief.

8.     There is no trial date scheduled in this case.

WHEREFORE, State Defendants respectfully request that this Honorable Court grant this Motion and enter an Order, substantially in the form attached hereto, enlarging State Defendants' time to file a response to Plaintiff's Second Motion for Injunctive Relief until on or before January 11, 2008.

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 N. French Street
Wilmington, DE  19801
(302) 577-8400
        Attorney for State Defendants

Dated: December 27, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LOU GARDEN PRICE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 07-380-SLR |
| v. | ) | |
| | ) | |
| TOM CARROLL, ELIZABETH BURRIS, | ) | |
| D. PIERCE, DAVID K. HOLMAN, | ) | Jury Trial Requested |
| JOSEPH RICHARDSON, A. PROFACI, | ) | |
| D. FIELDS, C.O. BASSINGER, | ) | |
| 3 UNK. KITCHEN C.O.'S, QUANI NEAL, | ) | |
| DR. LOUISE DESROSIERS, | ) | |
| DIETICIAN/NUTRITIONIST CMS, and | ) | |
| M. KNIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

## 7.1.1 CERTIFICATION OF COUNSEL

The undersigned counsel hereby certifies, pursuant to Rule 7.1.1 of the Local Rules for the District Court of Delaware, that she is, as a practical matter, unable to discuss the subject of this Motion with the Plaintiff because the Plaintiff is an incarcerated inmate in a prison. Counsel for the State Defendants assumes that the Plaintiff opposes the Motion.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
Attorney for State Defendants

Dated: December 27, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LOU GARDEN PRICE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 07-380-SLR |
| v. | ) | |
| | ) | |
| TOM CARROLL, ELIZABETH BURRIS, | ) | |
| D. PIERCE, DAVID K. HOLMAN, | ) | Jury Trial Requested |
| JOSEPH RICHARDSON, A. PROFACI, | ) | |
| D. FIELDS, C.O. BASSINGER, | ) | |
| 3 UNK. KITCHEN C.O.'S, QUANI NEAL, | ) | |
| DR. LOUISE DESROSIERS, | ) | |
| DIETICIAN/NUTRITIONIST CMS, and | ) | |
| M. KNIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Upon State Defendants' Motion For Enlargement Of Time [Re: D.I. 41] (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1.    The Motion is **GRANTED**.

2.    State Defendants have until on or before January 11, 2008 to file a response to Plaintiff's Second Motion for Injunctive Relief (D.I. 41).

SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Sue L. Robinson
United States District Court Judge

## CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on December 27, 2007, I caused a true and correct copy of the attached *State Defendants' Motion for Enlargement of Time [Re: D.I. 41]* to be served on the following individuals in the form and manner indicated:

**VIA FIRST CLASS MAIL:**
Inmate Lou Garden Price, Sr.
SBI #00454309
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**VIA ELECTRONIC DELIVERY:**
James E. Drnec, Esq.
Balick & Balick, LLC
711 King Street
Wilmington, DE 19801

/s/ Erika Y. Tross
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400