IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TOM CARROLL, ELIZABETH BURRIS, ) <br> D. PIERCE, DAVID K. HOLMAN, ) <br> JOSEPH RICHARDSON, A. PROFACI, ) <br> D. FIELDS, C.O. BASSINGER, ) <br> C.O. 3 UNK. KITCHEN, QUANI NEAL, ) <br> DR. LOUISE DESROSIERS, ) <br> DIETICIAN/NUTRITIONIST CMS, ) <br> and M. KNIGHT, ) <br> ) <br> Defendants. ) | Civ. No. 07-380-SLR |

## ORDER

At Wilmington this 3d day of January, 2008, having considered defendants' motions;

IT IS ORDERED that defendants' motions for extension of time to file responses to plaintiff's motion for injunction relief (D.I. 43, 44) are granted as follows:

1. Defendants shall file a response to plaintiff's motion on or before **January 11, 2008.**

2. Plaintiff may file a reply on or before **January 18, 2008.**

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ *(signature)*
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge