In The United States District Court For
The District of Delaware

Lou G. Price, Sr
          Plaintiff

        V.

Tom Carroll et al.

C.A. No. 07-380-SLR

Jury Trial Demanded

```
FILED

JAN - 7 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

Motion To Amend Motion For Preliminary
Injunctive Relief And Supplement To Same
          (D.I. 41)

Whereas, Plaintiff Lou G. Price, Sr.
respectfully moves this Honorable Court to
accept and grant this Motion, due to
the ongoing escalation of retaliation
by DCc officials as a result of the
filing of C.A. No. 05-871-SLR and the
instant Action, #07-380-SLR.

1

<u>Facts</u>    (Clothing Change). (Amendment).

The injunction/TRO asked for in Plaintiff's Motion (D.I. 41) is still the same but Plaintiff states for the record that Dcc <u>has</u> provided him 6 pr. socks, 6 T-shirts, 2 sweatshirts, 2 pants, 2 shirts, 2 towels, 2 washcloths, 1 winter hat but <u>no</u> <u>winter coat</u> (note: Plaintiff had borrowed) a coat that belonged to another inmate and it may have been inventoried when Plaintiff was recently hospitalized). As of 1/2/08 Property Rm. still has his property. Although the clothing situation has changed somewhat, I'm still without a coat of my own at this juncture (they're distributed annually and storeroom) clothing records should reflect that I never received a coat this cold season). Plus, the fact of the matter is that Plaintiff is being viciously targeted for having filed 1983 complaints against CMS and the State/Dcc.

This Honorable Court has, has had, and retains jurisdiction over this case above as well as 05-871-SLR and the Plaintiff is praying that this Court GRANTS all Relief.⟶

requested.

(A) New Retaliation Conduct By DCC C.O.'s/Officials)
And CMS "Doctor O" (ie- cause For Amendment/
Supplement to D.I. 41).

## Facts:

1). Since the First day Plaintiff was released (11/13/07) into population (a move promulgated by DCC Administration to "attempt" a situation that causes Plaintiffs recent lawsuit to appear moot and unfactual to this Court), D-East Building officers have participated in retaliatory conduct due to Plaintiff's Filing of Pending 1983 Actions and other complaints (grievances) Administrative, etc.), internally.

2). Plaintiff, on November 13th, 2007 was moved from a MHU Bottom Bunk due to a Bottom Bunk memo written by a CMS official on February 23, 2006 (attached to D.I. 41). Plaintiff, upon entering D Building, provided adequate medical documentation in order to acquire a Bottom Bunk For his physical safety. Sgt. B. Thomas

3

disregarded Plaintiff's physical safety and ordered him to cell F8 Top Bunk (although she did say she'd speak to Capt. Janice Henry; but that was a lie because I had to speak to Capt. Henry myself). Capt. Henry disregarded the dangerous risk to Plaintiff's physical safety as well.

3) On top of that Sgt. B. Thomas improperly confiscated Plaintiff's paperwork with the malicious intent/hope that Plaintiff had no other copies. Plaintiff repeatedly asked her to give it back but she refused to. Sgt. Thomas was heard by the entire tier yelling about how I'm a snitch because I told Capt. Henry that Thomas was depriving us of recreation on commissary days and would not give us chairs/tables (tier rec only on Wednesdays due to commissary run). Sgt. Thomas also spread "snitching" rumors about my criminal case/being co-defendant whom I'm supposed to be separated from and I really began fearing for my safety after that (any-time someone is rumored to be a "rat" in jail or on the streets — your life is literally in danger). I wrote a letter to Dep.

warden Pierce and stuck to Bottom Bunk/Clothing issue and not about the "snitch" comments made by Sgt. Thomas. If I grieve that issue or write to Administration, word spreads even more (inmates are on the IGC Board).

(B)— C.O. Carl Adams, III ; His Retaliatory Conduct

1). Since I moved over here from MHU this officer C.O. Carl Adams, III, has been targeting me in a more direct way due to him being a C.O. who works D-East regularly even alot of overtime shifts — he's right here. I say "direct" because he's said outright that he disapproves of my filing lawsuits on his friends. He's the flunkie of Sgt. Thomas, Cpl. Lynch, and obviously the Administration because I don't go around broadcasting my cases (in this Court). I do however use help of jailhouse lawyers but other than that who is telling him facts of my civil suits? The law allows for me to use circumstantial evidence to allege retaliation due to direct or indirect conduct by prison

officials/staff.

C.O. Carl Adams, III has literally threatened to do physical harm to me and even use someone else to carry it out. He has performed improperly motivated cell searches, he reads my legal mail, he has threatened me time and time again with pepper spray and I equate that with the time I was robbed at gunpoint with a 45. semi-automatic pointed to my head. I was terrified then and the same way when C.O. Adams, III pulls out his pepper spray. (Terroristic Threats is Criminal).

I'm attaching for this Honorable Court a handwritten copy the grievance I filed on 12/27/07 against C.O. Adams because of his malicious/criminal conduct towards myself and others. (Exh. "A")

(2). Also attached is the letter I wrote to Mr. Carl Danberg addressing this issue. As the Court knows, and/or how I desire the Court to know, I have made several attempts to resolve my current Court Action with State

6

and CMS Defendants, to no avail even though I've been more than reasonable, (due to the infinite depth and level of corruption within DCC and the failure of CMS to adequately provide proper medical care...② lawsuits or a thousand) lawsuits from Plaintiff... I'll never prevail no matter how right I am... especially while I'm locked in D-DCC facing daily/nightly retaliation by those I accuse). I alluded to Mr. Danberg that terroristic threats have been made against my life — specifically by C.O. Carl Adams, III — and the situation I face (re: my lawsuits) is not worth getting stabbed in the back, cut in the face, pepper sprayed or killed. I can't physically attack or even defend myself against Correction staff because there's a thousand of them and one of me. So I offered Mr. Danberg what I've been asking DCC the whole time: I'll withdraw both cases incumbent upon DCC eating the court costs and the postage/mail/supplies costs I owe to commissary.

    I can "pen fight" as long as my CTS doesn't "lock up" my hand (and I'm on sufficient pain meds) which is what I've been doing.

7

I even sent/filed with this Court an Amended Memorandum In Support of Plaintiff's 1983/1985 Civil Rights Complaint #07-380-SLR (which added charges/detailed Original 07-380-SLR) to make my Complaint(s) more clear for the Court but this Honorable Court has not yet changed the caption/added the Amended portion nor ruled at this time. My point is that I cannot fight retaliatory conduct because I have to live here right now. If filing is going to "kill me" (literally) or cause me serious bodily harm — well I don't want anything awarded. I just want to be safe and to live.

So I asked Mr. Danberg to transfer me to Pennsylvania DOC immediately — just please pay Court costs and that's the end of it. (Exhibit "B" — Letter To Mr. Danberg).

(C)    Corporal Lynch/CMS "Dr. O"/Corporal Kranke
        "Retaliatory Conduct"

8

(1). On Christmas Eve, 2007 I was on my way to chow when I experienced a serious chest pain. It lasted for a matter of seconds but it took my breath away. I proceeded to the dininghall, ate very little, and returned to D-East F&T cell where I sat for a short time. I experienced several more chest pains and at the same time I heard "med passes" called I got up to go. Miss (Corporal)(Lynch) told me I wasn't on the list so I couldn't go. At that time I told her I was experiencing chest pains. If not for a Lieutenant coming to make his rounds Lynch would have kept me on the tier and halted my efforts to be seen by medical. She's a vicious woman with an unbelievably verbally abusive tongue and she expresses overt hatred for men because men abuse her verbally due to her being openly gay and inappropriately flirtatious with many of the female staff. Personally, Plaintiff

9

has never disrespected anyone for their choice of partners.

(2) C.O. Lynch ordered me to return to my cell despite my pain, slumping on the wall in the office and trouble breathing normally. My chest pain was going and coming. A few minutes later Lynch told me that I'd be escorted by the same Lieutenant I just mentioned (name unk.), to the DCC Hosp. (Note: Lieutenants generally log in on "rounds").

When I got there, I was immediately seen by Nurse Mikhail (a male nurse) who took my vitals (Blood Pressure, Pulse, temperature) which appeared slightly low temp.) moderately high BP (if I recall right). He did an EKG after shaving me. The EKG was "borderline normal." He then called an outside Doctor via outside line. That (unk.) doctor ordered him to place a nitroglycerin tab under my tongue because Mikhail told him the results of his examinations as I just stated. As the call ended the tab was placed under my tongue and apprx 10-15 minutes later Mikhail called

the doctor back and asked me was I still having chest pains. I took a few moments, breathed deep, stretched my arms some, and said, "I don't feel those same pains at the moment." (later I felt them though).

That doctor ordered me admitted to the infirmary for observation and further exams. Before I was escorted back to the Infirmary area I was given permission by Sgt. Baines to collect my bag of legal mail/paperwork/ effects because DCC policy (any prison policy really) is that your property is packed up. Here at DCC, it's not inventoried in front of us as Policy/Rules dictate but that gives leave for CO's to do as they please with your property. When I came back to D-East to collect my legal work Cpl. Lynch specifically went out of her way to let me know how much she disapproved of my demanding to be seen by medical in front of that Lieutenant and how much I was "on her time" being that it was almost count time and she stood at the door

telling me what I could or could not take. She told me: "I never saw anyone get permission to come get their things once admitted to the infirmary." She was clearly pissed off that I was depriving her, Sgt. Thomas and C.O. Adams, III the satisfaction of taking my legal paperwork, sending my property to the property room and just flat out inconveniencing my whole life (it's no secret that the "pack-up-go-to-property room" means the worse for a man with valueables, commissary items, photos, attractive magazines, LEGAL case(s) going on, etc.). Things are always missing — especially things we have to buy again from Commissary (it's outright extortion). This Court knows the story of the property room and the lawsuits generated; and, worse, the "grievance vs. Court #9 conspiracy" many have alleged, including Plaintiff.

My point is how Lynch deprived me

12

the humane right to bring my shower slippers
to the Infirmary despite my telling her of my
fight with eczema and bloody cracks on my
feet and how rampant disease and sickness
was in the infirmary. She laughed wickedly and
said "no. Hell no! Get your legal stuff and
take your fat ass to the infirmary!" Screaming
at the top of her lungs for me to hurry
because It was "her time". I also tried
to take my "Keep On Person" meds in the case
the infirmary was out of stock. She
screamed "no" over and over even though
they were doctor-prescribed medicines in
my name, (several of them — 7 or 8 I
believe). She threatened to pepper spray me
if I did not "get out and go right
now!" I grabbed everything and left (dozens
of inmates were nearby during this exchange).

(D)        The Infirmary

(1) "Dr. O" (whole name unk) saw me once
and simply asked "Have you been taking
your acid reflux meds?" To which I

13

revealed I sometimes miss doses but overall
my condition <u>makes me</u> take them. * Approximately
one month ago I was taken to an outside
specialist in Lewes, De. A G.I. doctor who
recommended <u>Prevacid</u> and that I be
re-examined some time later. A doctor here
gave me <u>Prilosec</u> — a med that was
discontinued in 2006 - late 2005 due to
it's ineffectiveness. This trip was for nothing
and when I told "Dr. O" I'm not receiving
<u>Prevacid</u> like the specialist ordered she said:
"They'll never get you that; it's too expensive.
And your problem now is that you have
not been taking your meds; that's why
you have chest pains." <u>(this with no further exam)</u>.
        That's untrue. I know my body. I
told her heart problems run in my family
and I've had acid reflux disease (aka
gastroesophageal reflux disease) GERD) all of my
life and I don't always take the meds they give
because they're ineffective. My condition
has worsened because it has not been
treated properly and I just recently

14

learned that I'm at risk For <u>Esophageal</u>
<u>Cancer</u> because of inadequate treatment.
The reason why the consult was made
and approved was because I've complained
"ad nauseam" that my GERD is advanced
and painful. (See Exh. "C" re: Acid Reflux/GERD/Cancer)
(2) "Dr. D" ignored all of what I was
explaining to her re: how I Know my
body as how it relates to GERD and
when I asked For them (CMS) to
order Further tests (e.g. heart disease) she
Kept trying to convince me to believe
her theory. I've studied and read up
on heart disease, pain in my chest, shoulder,
numbness in the arm, back, and It's
becoming more persistent. On top of that
I have all the risk factors as I've
previously submitted in the C.A. No 07-380-SLR,
(original complaint). Then, the fact that that
doctor via phone nitroglycerin <u>did</u> <u>reduce</u> what
pain I was feeling. And even when I

15

did begin taking Zantac/Pritosec I still feel
the same pain each day/night —on and
off.

(3). And during "Dr. O's" spiel I mentioned
the fact over and over about the "consult"
Dr. Desrosiers made for my chronic migraines
and how Tylenol is not enough. She
explained how she only writes orders and
"handles" inmates admitted to the infirmary
with acute illnesses," so she refused to
order pain meds. (These are not mere coincidences but retaliations).

(4). On Christmas day, I was bedridden
with one of the most brain-busting
migraines in history. I felt like killing
myself — I really contemplated death instead of
these migraines I have. Nurses were
called by inmate Foster who alerted
them that I was on the floor
vomiting (in a standard basin) which
I filled until the yellow bile came
out of me. After helping me to my
bed, Christine(RN) called an outside doctor

16

who ordered two immediate needle injections—
one for nausea the other for pain (a narcotic
I believe). Neither worked. The doctor was
called again after I kept vomiting and
dry-heaving. My head felt like it would
explode and I'd die. The doctor ordered
a powerful narcotic med (Lortab I believe)
along with extra strength prescription Excedrin
(I believe). In all, the headache lasted
for 20 hours and the nausea about
9 hours. I was dehydrated, no liquids
(IV) were given and I couldn't eat
for nearly 48 hours or so.

   And even when Dr. O came in the
next day ~~and the~~ still refused to prescribe
me any pain medication to prevent my
headaches. This is what I've been going
through my whole 27 months here at
DCC— that was the first migraine I
had in the presence of so many med-
ical personnel. In my unit (here, the SMHU,
etc.) I'd never get (2) shots, Lortab treatments,

17

etc. because a migraine is not considered emergency sick-call (See C.A. #05-871-SLR). I'm made to suffer and that's in violation of my 8th Amendment Rights because medical is well aware that something is seriously wrong with me where I keep getting migraines.

(5) Dr. Desrosiers, I've previously alleged in my last complaint (The 1983/1985 Amended Complaint to #07-380-SLR) <u>intentionally</u> took me off of my pain meds and even had nurse Quani Neal keep delivering a med that gave me bad/adverse reactions in the past. "<u>Cafergot.</u>" (See Exb "D" attached sworn affidavit by Curtis Brown, my old cellmate in SMHU). In that complaint I alleged that as a result of my filing suit against her and CMS in the past she took away my most effective

18

pain meds and gave me the least
effective pain pill on the market
"Generic Tylenol". (See "Exh. C" - C. Brown
notarized sworn affidavit). Dr. D and Desrosiers
are CMS colleagues here.

(E) Cpl. Kromke / Property Rm. C.O.

(1) When Plaintiff was released from
the Infirmary an inmate James Kellum
was released with me. Cpl. Kromke
delivered property bags, TV's, etc. to
two inmates on my tier. Inmate
Mark Kirk and James Kellum. I
asked property room Cpl. Kromke
why I was not getting my property
when inmate Kellum and I were
released together — precisely at the
same time. He said "you'll get it
when I give it to you." At that
moment C.O. Adams, III laughed and
said, "You got no chance of winning

19

going against us. You'll be lucky to ever get it back."
I bit my tongue and hurried to copy down the
events before I could forget what was said.

---

(F) December 30th, 2007  Re: Emergency Sick Call
Request To C.O. S. Glick, Brown and C.O.
Ms. Mason Sat evening/Sun. Morning.

(1) I say Sunday morning because it was
during the wee hours — after midnight — that
I experienced a new migraine equivalent
to the one I experienced on Christmas Day.
I — well, actually my cellie Bruce — alerted
C.O. Glick and told him that I had vomited
"all over the place" and he needed the mop/
bucket, etc. C.O. Glick came to look and I
wearily told him that I needed emergency
sick-call because I'd been vomiting and I feel
dehydrated since I'd first began vomiting just
after midnight. It was 3:30 a.m. "med/chow -
warning wake-up call". C.O. Glick came back
to do the "security phone punch" and said in
an "its-out-of-my-hands" kind of way that: " I

20

. told officer Brown; he'll call it in I guess." I was so miserable that I found myself sitting outside of my cell with my basin filled with vomit and bile and (Ms.)C.O. (Mason walked by seeing I was sick and she did nothing but said "that's not my business" (I'd asked about seeing medical).(These are not coincidences).

(2) I stayed in my cell until the next shift came on and it was Sgt. Tilly who finally sent me — voicing his dismay that the other shift should have sent me, which is understandable angst, (I complained on the 12a — 8a shift).

(3) When I went to emergency sick-call I was seen by the same nurse (Mikhail) from the day previously described when I first had chest pains Christmas Eve 12/24/07. Again, his procedures included taking all vital signs and asking a litany of questions. His concern was the nausea I was still feeling because it would prevent any drinking — even the taking of a pill to relieve pain. Mikhail once more called an outside Doctor (unk. to me, who) who instructed Mikhail to administer a shot to alleviate nausea (the same med as on 12/25/07) so I could eat, drink, take meds, settle my stomach. The med stopped the nausea and

21

Mikhail administered a powerful narcotic pain med called Vicodin, telling me that, "it's as needed [prn] for three days." That was it.

Vicodin, like Lortab, gave me some relief.

(4) I took the conduct of C.O. Glick, Brown, and Mason as retaliatory conduct and not only deliberate indifference to my serious medical needs because of what's been happening to me in this building since November 13, 2007 re: Adams,III, C.O. Lynch, and "Bambi"/Sgt. Thomas and Cpl. Kromke.

(G) Med Call/Breakfast Call  12/31/07 3:30 a.m.  Re: Vicodin pick-up (prn-as needed).

(1)  I was given a "med pass" by C.O. Brown and went to pick up the as needed med "Vicodin" — a strong narcotic. When I got to the window

22

a nurse named Carol Prader told me that she wasn't giving me the medicine because I did not tell the building C.O. First. I told her she "was making no sense, the C.O. [Brown] gave me a pass to leave D-East and I'm coming to pick up my pain meds because I'm in pain." She kept refusing and saying it was my responsibility to have the C.O. call ~~me~~ medical so we can have the med ready. When I became irate she specifically said, "I'm just the messenger." So I left, stumped. I went to the messhall and asked Lt. Walker to allow me to speak to D-Bldg Lt. Fritz (I may not have spelled his name right). I explained to "Fritz" that I was in pain and what had happened at the med window. His response was "what do I have to do with that? We send you to pick up meds and thats that." Evidently he knew nothing of this CMS policy. (2) I never did receive the 4am "as needed meds" because nurse Prader

23

refused to give it to me after I
repeatedly told her I was in pain and
the doctor prescribed it.

(3) When I went to the 9.a.m med
window, a nurse Williams explained to
me "wait. Your problem with those people
is not my problem. The policy is you
have to tell your building C.O. to call
before 9 p.m. meds are given out and
that's that. You should not have been
turned away from your 4 a.m. meds.
Maybe she [Carol Prader] did not have
the key to the safe where the
narc meds are kept."

(4)  Nurse Williams gave me a Vicodin
pill and - again - It gave me "some"
relief.

---

(H)      Legal Mail Coming To Me
    Opened And Not Stamped "Received".

(1)   This Honorable Court sent to me it's

24

order re: the motion for injunctive relief which was signed by Judge Sue L. Robinson 12/20/07, filed/entered 12/21/07. I did not receive it until 12/29/07 and the envelope it was sent in was opened and not stamped "Received" like all my other legal mail. (Ex. "E")

(2) Again, a letter from Balick & Balick, Esq./CMS attorneys (or Dr. Desrosiers' attorneys) had the same result. opened, not stamped "Received". (Exh. "F")

(3) And again, a letter from SMs. Erika Tross, Esq. for State Defendants was opened, not stamped "Received" (Strangely enough the envelope appears to have the culprits DNA on it in the form of blood). I've enclosed that envelope and I've even taped the top portion of the ~~Coutis~~ letter SMs. Tross sent which appears to have blood on it too. (Exh. G).

I've also enclosed the Court's envelope and the post-marked envelope from Balick & Balick, Esq. to show the

25

Court what I'm saying is true. (Marked Exhibits "E", "F", and "G".

Exhibit G is placed in plastic for everyone's safety, (including the Court Clerk/assistants). I, upon noticing the possible DNA, covered my hands with my gloves, and bagged/tagged the items.

In closing, I'm ready to provide the Court with a list of names of men who have witnessed C.O. Carl Adams, III abusive conduct and threats towards me and others. I would include them now but what if the Court chooses not to seal this motion, protecting their identities. IF the Court requests the names I will gladly provide them.

26

Plaintiff still wears hand/wrist braces for the record on both hands, re: carpal tunnel pain/neuropathy.

---

In my first motion for injunctive relief, I informed the Court that Dr. Carmoli had alerted me that my blood triglycerides were up and I should worry about lowering them because that's a cardiac concern.

---

Last, a motion to seal was submitted with this motion for the Courts consideration. Proof of service attached to this page.

1/2/08

Respectfully Submitted,

Jon G. Price, Sr.

DCC — Smyrna
De. 19977

27

Preliminary Injunctive Relief/TRO Requested

1). Order from the Court mandating Dcc/CMS, Inc. send Plaintiff to a qualified heart specialist re: recent chest pains/angina, and a specific ORDER stating that Plaintiff is given thorough exam for any heart problems whatsoever incl. but not limited to MRI, X-Ray, UltraSound, CT Scan, effective immediately.

2). Order from the Court releasing Plaintiff into the custody of Pennsylvania Department of Corrections under applicable Federal Law and Delaware Law due to the apparent inability and unwillingness of CMS/Dcc to provide adequate medical care to Plaintiff who has voiced several concerns re: his health and well-being as related to health care at Dcc. Effective immediately.

3). Order From The Court that Plaintiff is released into the custody of Pennsylvania Dept. of Corrections under applicable Federal Statute as well as applicable Delaware Statute due to the cumulative retaliatory conduct by Dcc staff and CMS, Inc. staff, which together and/or separate places Plaintiff at risk For his

life, health and physical safety.

4). Order from the Court mandating that Plaintiff is sent to a qualified neurologist who specializes in migraine headaches/chronic head pain, to determine cause/origin/nature of Plaintiff's pain. And that Plaintiff is given effective pain management and migraine SPECIFIC FDA approved pain medication(s) as well as meds which manage symptoms of Plaintiff's condition (i.e. nausea, vomiting, blurry vision).

5). Order from the Court that Price is sent to Gastroenterologist for in-depth examination that will determine full extent of esophageal damage caused by Plaintiff's lifetime of GERD/acid reflux disease and not properly managed by CMS/DCC (Note: Seaside GI specialist had ordered Prevacid for Plaintiff but CMS ignored that order and re-ordered Prilosec and Zantac for Plaintiff — meds that have previously been deemed ineffective for Plaintiff by CMS. The GI apparently gave Plaintiff information that he is at risk for Esophageal Cancer which is in itself a major life or death concern.

6). Order from the Court mandating that Plaintiff's status be Bottom Bunk, effective immediately due to health/safety concerns that come along with his carpal tunnel syndrome, bilateral neuropathy (permanent damage to nerves in his wrist) and associated pain incl. his Cervical neck pain diagnosis.

7). Order from the Court mandating that any and all harrassment/threats/retaliation, and related efforts from all DCC Administration, Sgt's, Lieutenants, Captains, C.O.'s, CMS, Inc. Personnel, and all other DCC/DOC Officials as a result of Plaintiff's civil rights complaints be ceased, immediately or there will be heavy penalties for anyone found to have violated this ORDER.

8). Order, that C.O. Adams, III in particular, with Sgt. B. Thomas and Corporals Lynch and Property Room Cpl. Kromke, shall cease and desist from their parts in the alleged retaliation and kept away from Plaintiff until transfer occurs.

Whereas, Plaintiff submits this proposed Order and prays to this Honorable Court for a plea of leniency with respect to #2 and #3 of this proposed Order, due to the fact that Plaintiff's medical needs are not being met by qualified individuals. AND due to the fact that Plaintiff has submitted — albeit circumstantial evidence to some/certain degree — that he is being retaliated against for filing his complaints before this Court.

Plaintiff asks that the Court demand follow thru reports regarding progress of its injunctive relief demands from the parties involved.

_____
Dated

_____
Hon. Judge Sue. L. Robinson

Exhibit "A"

12/22/07 grievance filed re: threats, criminal misconduct, verbal abuse, retaliatory conduct of C.O. C. Adams, III due to Plaintiff's Complaints/1983 Action(s) against Fellow Personnel.

3-Duplicate copy made (sent to IGC and Mr. Danberg for action).

Page 1 of 4

**FORM #584**

**GRIEVANCE FORM**

(USDC (Exh. "A"))

FACILITY: DCC                                    DATE: 12/22/07

GRIEVANT'S NAME: Lou G. Price Sr.               SBI#: 454304
                 Universal

CASE#:_____                           TIME OF INCIDENT: 7:15 pm (apprx)
                                                                   rec time

HOUSING UNIT: D/E F8-T

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

At this time I Lou G. Price, Sr. sat down on the toilet to
relieve myself by defecation after I covered the window of
my cell. Not long afterwards (a minute) C.O. Carl Adams, III ("Adams")
come to do his phone punch and when he got to my door
he began to bang extremely hard (hammer like) (kick) on the cell door
yelling my name and using a string of verbally obscene abuses
and he threatened to pepper spray me if I didn't open the door
(to which he had a key). So in the middle of my using
the toilet I had to stand up nude to open the door. As I
opened it, he snatched it open, continued to scream at me
as dozens of men walked by looking at me nude. I did nothing

ACTION REQUESTED BY GRIEVANT:_____

See page 4 of 4

GRIEVANT'S SIGNATURE:_____    DATE:_____

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

**FORM #584**

**GRIEVANCE FORM**

FACILITY: DCC

DATE: 12/22/07

GRIEVANT'S NAME: Louis C. Rice Sr

SBI#: 454359

CASE#:_____

TIME OF INCIDENT:_____

HOUSING UNIT:_____

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

to deserve this abuse/humiliation and threats of being pepper sprayed. I later learned that this has been this officer's cruel demeanor for some time now and his supervisors has done little if anything to stop him. He mainly targets Blacks & Latinos to pick on, threaten and provoke. Admittedly, I had a TV/Radio that was not bought by me (James Lennon went home and left them to me) but Adams executed what's called an "improperly motivated" cell search to ransack my cell, read my legal mail/work and stop me from submitting a grievance on him, because I'm suing what he describes as his friends and due to my pending federal court actions he has promised/

ACTION REQUESTED BY GRIEVANT:_____

See Page 4 OF 4

GRIEVANT'S SIGNATURE:_____ DATE:_____

WAS AN INFORMAL RESOLUTION ACCEPTED?    ____(YES)    ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____ DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

**FORM #584** Page 3 OF 4 (con't)

**GRIEVANCE FORM**

FACILITY:_____    DATE:_____

GRIEVANT'S NAME:_____    SBI#:_____

CASE#:_____    TIME OF INCIDENT:_____

HOUSING UNIT:_____

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

threatened further retaliation. Case in point, a couple of
weeks ago I submitted a motion for injunctive relief
to compel DCC to answer why I don't have proper
winter clothes and why I've been forced to sleep on a Top
Bunk even though I have a Bottom Bunk memo... when I
officially complained to D-Bldg. counselor, Dep. Warden Pierce, and
Capt. Henry, and when I told them Adams and Sgt.
Thomas "confiscated" my Bottom Bunk memo (obtained via legal
Discovery) I was then threatened by Adams. I was so
fearful for my life that while I was at Catholic Mass
Sunday eve 12/23/07 I had a brief conversation with Comm. C. Danberg

ACTION REQUESTED BY GRIEVANT:_____

_____ See Page 4 OF 4 _____

_____

_____

GRIEVANT'S SIGNATURE:_____    DATE:_____

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

**FORM #584**

**GRIEVANCE FORM**

FACILITY:_____   DATE:_____

GRIEVANT'S NAME:_____   SBI#: _____

CASE#:_____   TIME OF INCIDENT:_____

HOUSING UNIT:_____

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

about C.O. Adams and wrote down that he was threatening
my life/well-being. I make this a universal grievance because
the abusive actions and threats of bodily harm by
Adams is not isolated with just me but many, many,
others (even on other tiers) - most, as I said, being
Blacks and Latinos. Upon a grievance hearing I will
provide a list of men's names affected by this C.O.'s
misconduct and abuse and produce willing witnesses who
will go on record testifying to Adams' despicable/illegal behavior -
namely terroristic threats.

ACTION REQUESTED BY GRIEVANT: That an Administrative Investigation is
immediately commenced on C.O. Carl Adams III misconduct
because not only is it cruel/unusual punishment but also
because his actions rise to the level of sadistic-terroristic
threats and harrassment which is criminal behavior which
is unlawful in the state of Delaware.
GRIEVANT'S SIGNATURE_____ . DATE: 12/27/07

WAS AN INFORMAL RESOLUTION ACCEPTED?          _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____          DATE:_____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

Exhibit "B"

Conf. Settlement Letter To D-DOC
Commissioner w/ enclosures to Ms.
Tross and Ms. Wolhar, which had
already been sent to them.

Hon. Mr. Carl Danberg, Commissioner                    24 Dec 2007
    Delaware Department of Corrections


From: Lou Garden Price, Sr.
        DCC – Smyrna, De. 19977


Re: C.A. No's 05-871-SLR; 07-380-SLR US Dist. Ct.
        Confidential Settlement Negotiation / Transfer To Penn. DOC



    Dear Mr. Danberg:

            Out of respect for your time, I'll try not to
make this long.
            First let me state that it was a pleasure
to see you in attendance at Christmas Mass, praying
among us as one of Christ's — not as Commissioner.
Then to speak with you and shake your hand.
And last, For the record, I'm writing you on my
own and no promises were made. I am, however,
writing you to try settling the above cases quickly
and quietly. I am enclosing everything For your
inspection.
            Also, you should know that I did try

settling with the Department of Justice and I was never impractical or unreasonable. This is not about money with me; never was. I only followed the law/pattern shown to me by jailhouse lawyers and The Prisoner's Self-Help Litigation Manual. I hope you see from this, I don't care about money. At this juncture, I'm apathetic that what I'm doing will not change anything — in fact, filing suit is making my life worse because now I'm in here fearing for my safety.

The point of this letter is to resolve the two cases by a complete withdrawal of the Complaints to preserve the state's resources, the Court's time, and my own situation.

I know you can learn everything about me in no time flat but I'll fill you in as well.

## A Few Facts

1- I was originally arrested in West Chester, Pa. for selling drugs to police for 5 months. (April 11, 2001).

2- I was sentenced to 4 to 10 years when it was all over with.

3 — I was extradited to Delaware for the shooting death of a drug associate of mine, (and PF DCF)

4 — I was sentenced to Life + 20 years 9/2003.

5 — Pursuant to a state habeas 2/2004 I was sent back to PDOC 7/2004.

6 — I made parole in 2005 and came back to DCC 9/2005. (That transfer spawned the Action # 05-871-SLR... see attachment).

7 — I was placed in Bldgs 21, 22, 23 (SHU/MHU status) 9/22/05 thru 11/13/07 — higher security than I was in before I left 7/13/04 and I've cited retaliation by DCC officials because of that.

8) — Action 05-871-SLR I asked for $410,000 apprx / injunctive relief.

9 — Action 07-380-SLR was spawned from DCC officials stopping doctor-prescribed diet trays and I later amended it to reflect numerous constitutional violations (including dangerous prison conditions). (See attachments)

10— My co-defendant Jamel Daniels is in the SHHU here at DCC and I have informed DCC as well as my former counsel J. Bernstein, that Jamel Daniels has already made up his mind to kill me so on sight, there's going to be something bad happening, (I co-operated and implicated him).

11— I told Cindy Attalian that since my co-def is a Muslim that there's live tension between me and all the Muslims here and they're his "Muslim Brothers". As you can see, I am a big man, capable of defending myself against one but Muslims are known to "gang up" and being known to everyone as a rat — it's not a good life. Not here, not Gander, not SCI.

12— Lt. CM. Welcome had to move me from Bldg 22 to 23 because of a fight between me and one of Daniels Muslim buddies blindsiding me, (last year).

13 — Now C.O. C. Adams III is harassing me and threatening me because of my civil actions. I was preparing a grievance/injunction to Dist Ct. to add on to my current claim due to his threatening/abuses towards me and some others.

14 — Although I'm originally from Bronx, N.Y, my legal address before incarceration was West Chester, Pa. and I have a daughter with a severe skin disorder who still lives in that area with her mother.

   Markeetia Turner-Price (mother)
   406 Fairview Street
   Phoenixville, Pa 19460


   Xiania S. Price (my 6yr old daughter
      Same.           D.O.B 4/22/01).
   No current house phone since just
   moving


15 — They're my main reason for my wanting to transfer back to Pa. And also because the healthcare is better

there (not to mention the <u>mandatory</u> program/
work/educational opportunities).

Okay. My proposal is the following:

1) $250 Filing Fee for #<u>05-SLR-871</u> (pay to USDC)

2). $350 Filing Fee for #07-380-SLR (pay to USDC)

3). The money I owe DCC Commissary
For postage/mail supplies be wiped clean. (Pay DCC)

4). Transfer Lou G. Price, Sr. to Pa DOC
    (I max out there 4/11/2011 and
    my commited # there is EU-2673).
    Camp Hill Prison is where PDOC
    main office is for Interstate compact
    info.

Incumbent on the above, I'll dismiss all
with a motion to Judge Robinson that'll give
me no leave to re-File.
                    Thank You.
                    Lou G. Price, Sr

To: Ms. Erika Y. Tross, Esq.                    10/22/07
    Dept of Justice

From: Lou G. Price, Sr.

Re: #05-871-SLR

    Price v. Carroll, et al./Confidential Settlement
                             Negotiations

Dear Ms. Tross:

    I know safe and adequate prison health
care/conditions — Delaware is very far behind. And
I have way too much time hanging over my
head to continue to go through this. Not here,
not Gander, not SCI. You know I came from
Pa.—DOC and I even owe the Commonwealth
time (until 2011). I need to know if the State
Defendants will consider sending me back to
Pa. indefinitely in exchange for my dismissing
this Action (withdrawal).

    Counsel for CMS, well that's only a

tiny bit more complicated. In #05-871-SLR, I asked for injunctive relief. Namely a permanent change in sick-call policy where prisoners must be seen 24 hours/or the next day after submitting the sick-call slip and any request for emergency sick-call must be honored with only one question asked "What's wrong."

I say "complicated" because CMS could be gone after their contract expires so I suggest DCC also adopt this as their permanent sick call policy. I don't know exactly how they'll work that out but it's not hard.

Finally, I'm sorry if I sounded unreasonable in the "relief" section of Action # 05-871-SLR. I only followed the pattern before me in the journal I used to create the Complaint. My injuries — well, if you're angry saying $410,000 sounds satisfactory to "say" at the moment but I know that figure isn't right. I don't wish to sound so irrational.

Take Care.

Teal G Price, Jr. #454309

Ms. Wolhar:                                           10/22/07

     My proposal is that CMS & DCC together
change the sick-call and emergency sick-call
policy here at DCC, (see what I've written
above).

     1). CMS pays my court fees — $250
and $350 respectively.

     2). Only incumbent on DCC/State Def's
returning me to the Pennsylvania Department
of Corrections — CMS pays $2500.

     I know it may be too soon
to settle out on Action # 07-380-SLR
but I think it makes sense to dispose
of both cases simultaneously. Let me
emphasize that the transfer to PDOC is
the most important thing as far as me
"receiving" anything. The money's minute. And
the policy change — although moot for me
if I'm transferred — I must demand that.

I'm open to listening to either party and what they have to decide.

Thank You.

Lou G. Price, Sr. #454309

10/22/07

Exhibit C

Living with acid reflux disease
booklet given to me from
GI specialist on my trip
to Lewes, Delaware pursuant
to Dr. Desrosiers consult.
Pg #9/8 Esophageal Cancer
pertinent part.



## Will I need surgery?

It's possible. A small number of people may need surgery if their condition is severe and medicine and lifestyle changes haven't helped. But, surgery is usually only considered after all other options have been explored. Even after surgery, many patients still must use medications regularly.

## Are there any complications associated with acid reflux disease?

Yes. If it's not treated, acid reflux disease can lead to more serious health problems:

- **Esophagitis.** If the lining of your esophagus is continually exposed to acid from your stomach, it can become swollen or inflamed.

- **Esophageal narrowing.** Damage to cells in your lower esophageal sphincter can cause scar tissue to develop. When this happens, food can get stuck in your esophagus and you may have trouble swallowing.

- **Esophageal ulcer.** Stomach acid can damage esophageal tissue, causing an open sore to form. This can lead to bleeding, pain and difficulty swallowing.

- **Barrett's esophagus.** This is a complication of long-term acid reflux disease. When you have Barrett's esophagus, the color and composition of the cells lining your esophagus change and become similar to the cells lining your stomach. If you have Barrett's esophagus, you're at greater risk of developing esophageal cancer.

- **Esophageal cancer.** Cancerous cells can grow in different parts of your esophagus. If you're at risk, your doctor may be able to closely monitor changes in your cells before cancer develops.

### Taking Care of Yourself

When you have several health conditions, it can be easy to think of them separately. But, chances are, if something's wrong in one part of your body, it can affect another part of your body. If you suffer from conditions, such as obesity, hiatal hernia or asthma, talk to your doctors about how they might affect your acid reflux disease.

9

Exhibit D

Sworn affidavit from ex-cellmate Curtis Brown re: how nurse Neal kept delivering discontinued med Cafergot (~~even~~ which had been given as a result of one of Plaintiff's headaches).

<u>Affidavit</u>

(Exh "J")

I, Curtis L. Brown  Do swear to the
Following;

(1) That I witnessed My Cellmate [Lou Price]
Looking sick and sluggish, Missing two and a
Half day(s) of Chow Movements.

(2) When I asked what was wrong with him
(Lou Price) He stated The medication made him sick.
to which I believe to be (Caferoot) or something Like that

(3) I also witnessed the nurse (mrs neal)
Deliver to my Cellmate, The same medication
A Day or two After he said the Doctor took him
off of Because of his Prior Reaction to it.

Sworn to 10/20/07

OSMAN SAMMANDER
Notary Public
State of Delaware
My Comm. Expires June 14 2008

Curtis Bran

public Notary Osman Sammander
DATE : October 23, 2007

Exh E

Then envelope this Courts
Order came in, on 12/24/07
opened, with no "Received"
stamped — after it was signed
on 12/20/07 and Filed 12/21/07.
Both sides for copying.

# BALICK & BALICK LLC
## ATTORNEYS

711 King Street · Wilmington, Delaware 19801

WILMINGTON DE 197
27 DEC 2007 PM 1 L

Lou Garden Price, Sr
SBI# 454309
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

**LEGAL DOCUMENTS**



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Lou Garden Price, Sr
SBI# 454309
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

Exh. F

Balick & Balick legal mail opened, not stamped "received" by DCC.

Exh. G

Ms. Tross' letter opened, not stamped "Received" w/ blood on both the envelope and the letter.

(Sealed in Plastic by Plaintiff).

See cover of Ms. Tross' letter missing where Del. Seal should be. Its taped on to the manila envelope.



Exh H

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE DEPUTY WARDEN**
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6668

#### MEMORANDUM

TO:        IM Lou Price SBI# 454309 D-East F8T

FROM:   Deputy Warden Pierce

DATE:    December 12, 2007

RE:        Bottom Bunk and Clothing

___

I received your letter November 19, 2007, regarding a bottom bunk and clothing. In regards to a bottom bunk you concerns have been forwarded to Health Services Administrator Moore for his investigation. In regards to you needing clothing you must contact the 4x12 building leadworker.

DEP/dc
Attachment
cc:    HSA Moore
       File



Inmate Lou Garden Price, Sr.
SBI #00454309
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

2 Copies USDC

## Certificate of Service

I, Lou G. Price, Sr. ,hereby certify that I have served a true

And correct cop(ies) of the attached: Motion To Amend Motion For

Preliminary Injunctive Relief/Supplement To Same upon the following
parties/person(s): With Exhibits A thru - 6 Attached   (D.I. 41)

TO: US District Court De.
Judge Sue L. Robinson
844 N. King St. Box 18
Wilm. Del.
19801-3570

TO: Kevin J. Connors
SMs. L. A. Wolhar Esq.
1220 N. Market St
Wilm. De 19899


TO: Erika Y. Tross, Esq.
P. Durstein, Esq.
Dpt. of Justice/De.
820 N. French St.
Wilm. De 19801

TO: Balick & Balick
711 King St.
Wilm. De
19801


BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 2nd day of January ,2008

Lou G. Price, Sr.





IM: Lou G. Price Sr.
SBI# 421307   UNIT: D/E
**DELAWARE CORRECTIONAL CENTER**
**1181 PADDOCK ROAD**
**SMYRNA, DELAWARE 19977**

# 05-471-SLR
& 07-380-SLR

Legal Mail

US Dist. Courthouse/del.
Mr. P. Dalleo Court Clerk
844 St. Kings St. / Lockbox 18
Wilm. Del.   19801