IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 07-380-SLR |
| v. | ) |
| | ) |
| TOM CARROLL, ELIZABETH BURRIS, | ) |
| D. PIERCE, DAVID K. HOLMAN, | ) Jury Trial Requested |
| JOSEPH RICHARDSON, A. PROFACI, | ) |
| D. FIELDS, C.O. BASSINGER, | ) |
| 3 UNK. KITCHEN C.O.'S, QUANI NEAL, | ) |
| DR. LOUISE DESROSIERS, | ) |
| DIETICIAN/NUTRITIONIST CMS, and | ) |
| M. KNIGHT, | ) |
| | ) |
| Defendants. | ) |

# SEALED EXHIBIT