To: Honorable Judge Sue L. Robinson
United States District Court
of Delaware

From: Lou Garden Price Sr. #454304
DCC - Smyrna, De.

Re: Motion For Inj. Relief / Motion To Amend Motion For
Inj. Relief - Supplement. #07-380-SLR

FILED
JAN 14 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear: Judge Robinson,

Please consider this letter a Motion To allow an Addendum to the above.

Plaintiff wishes to highlight a few items for the Court's convenience. The Bottom Bunk Plaintiff provided the Court on his motion (and this letter) was also provided to the State Defendants because it was actually the State defendants who provided Plaintiff with a copy of the same Bottom Bunk Memo. It is Dep. Warden Pierce's sworn statement which says - in so many words - that he signs off on Bottom Bunk Memos/Requests to "ensure that the request does not involve a potential threat to the security at DCC." The Bottom Bunk Memo provided to Plaintiff

is Bates-stamped D00197 by the State. Plaintiff followed all procedures regarding procuring a Bottom Bunk and during his 2 year stay in SMTU he had one for the most part. #05-871-SLR was filed due to injury which prompted the medical provider to issue the memo.

As a result of Plaintiff's transfer to D-West a week ago and the Nov. 13, 2007 transfer from the SMTU to D-East, Plaintiff was <u>not</u> assigned Bottom Bunk status due to no fault of his own. Mr. Pierce (a State Defendant named in Plaintiff's actions) is taking the position that "a form was not filled out" is equivalent to ducking blame. Ignorance is bliss. Or is it?

Plaintiff also highlights that he may not have highlighted the <u>bunk</u> issue via filing an inmate grievance (as the State points out) because the IGC Procedure is a futile process embedded in an Administrative Conspiracy to prevent genuine issues from ever making it to the Courts. Plaintiff instead used another remedy which is perfectly legal: he wrote to Dep. Warden Pierce on 11/18/07 to try resolving the matter that way, (see that letter also attached)

like it was to previous motions).

In conclusion, since the point of November 13, 2007, way too many incidents have occured which is what spawned Plaintiff's <u>Motion To Amend Motion For Inj. Relief - Supplement</u> which updated this Court to what's been going on regarding retaliatory conduct by Dcc employees, (incl. Plaintiff receiving clothes that fit. The State's excuse that they had no clothes to fit is <u>absurd</u>; Price is not the only large individual at Dcc and humiliating him with <u>small</u> clothes is cruel — From Nov. 13, 2007 to the end of December... And Plaintiff was not given a coat until 1/7/08 which meant he was forced to freeze for two months nearly due to the severe weather... This was no mistake... how many others were

forced to endure that?). So I was finally given a coat two days ago, and I know for a fact that the attorney general's office said something to DCC to compel that delivery in order to offset the instant motion before the Court, (to which Price is appreciative but that intervention comes only when he's forced to file a motion for extraordinary relief). And if the DOJ is successful in offsetting the issues inside the motion, Plaintiff's requests are made moot and just as there's a positive with that, there's also a negative. Credibility may become doubtful as if Plaintiff is making situations up, and wasting the Court's time. Well, Plaintiff was classified by Miss Cindy Atallian in September 2007. DCC had until 11/13/07 to fit Plaintiff in proper clothing. Plaintiff has no control

in a matter like that. DCC had two months to arrange that simple feat. They make the clothing right here Plaintiff believes (garment shop is at DCC).

Plaintiff wears a right hand brace, and a left hand sleeve and his medical records are clear: he was diagnosed with cervical neck pain; and pain; damage to his wrists. What does the memo say? It's unbelievable that the State says that Price did not file a grievance, he has no bruises from falling, and he had no recent falls so that indicates Plaintiff does not need a Bottom Bunk and since Dep. Pierce says he never got a special form from medical to sign off on a

that an injunctive order shall not issue?

Plaintiff urges the Court to screen this letter, the Motion To Amend Motion For Inj. Relief - Supplement, all the exhibits, etc., very meticulously. Plaintiff has been receiving treatments from his wrists injuries for well over (2) years now. Braces, sleeves, numerous sick-call visits, pain meds, etc. In Fact, Plaintiff is enclosing one of the several sick-call slips he's submitted and has not been called for (this one after his Infirmary stay last month in Dec. 2007). Since Nov. 13, 2007 Plaintiff has not been called to see sick-call or doctor one time. And this is a sworn statement (aside from the Lewes GI visit and the Infirmary stay due to chest

pain/migraine/head pains). Plaintiff contends that his life/health and well-being is a game to the medical staff and the state (who Plaintiff firmly contends is retaliating against him for Court/Administrative Complaints).

Last, Plaintiff urges the Court to issue injunctive relief requested, and make note that as a result of complaints Court is aware of, Plaintiff was removed from the Top Bunk in D-East to Top Bunk in D-West. This was not a routine move.

Dated 1/9/08

Respectfully Submitted,

Lou G. Price, Sr.

Lou G. Price, Sr.

## Certificate of Service

I, **Lou Price**, hereby certify that I have served a true and correct cop(ies) of the attached: **Letter Form To USDC Re: Inj Relief** upon the following parties/person(s):

TO: USDC
844 N. King St
Box 18
Wilm
19801

TO: Erika Tross
De De of Justice
820 N. French St
Wilm. De
19801

TO: K. Connors, Esq.
1220 N. Market St
Box 8888
Wilm De
19899-8888

TO: Balick & Balick

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this **10** day of **January**, 2008

*/s/ Lou Price*

I/M Lou G. Price Sr.
SBI# 454309 UNIT D)E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



$00.75
JAN 11 2008
MAILED FROM ZIPCODE 19977

US Dist. Court of Del.
Court Clerk
844 King Street - Box 18
Wilm. De
     19801

Legal Mail



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
## OFFICE OF THE DEPUTY WARDEN
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6668

### MEMORANDUM

TO: IM Lou Price SBI# 454309 D-East F8T

FROM: Deputy Warden Pierce

DATE: December 12, 2007

RE: Bottom Bunk and Clothing

---

I received your letter November 19, 2007, regarding a bottom bunk and clothing. In regards to a bottom bunk you concerns have been forwarded to Health Services Administrator Moore for his investigation. In regards to you needing clothing you must contact the 4x12 building leadworker.

DEP/dc
Attachment
cc:   HSA Moore
      File

Deputy Warden D. Pierce,

From: Lou G. Price, Sr. #454309 DE-F-8-Top

Re: Bottom Bunk Status/Inadequately Sized Clothing

RECEIVED
NOV 19 2007
DEPUTY WARDEN I

November, 16, 2007

Dear Mr. Pierce:

I was brought to D-East F-8-Top Bunk and I provided medical documentation to Sgt. Thomas regarding a Bottom Bunk Memo by NP S. Ott and an outside doctor's report regarding the neuropathy in my wrists. Sgt. Thomas advertently failed to speak with Capt. Henry about this matter but I managed to stop Ms. Henry today and I told her to see the documentation I'd provided Sgt. Thomas with. Capt. Henry specifically stated, "I don't need to see it because I'll call Major Holman to verify it." C.O. Russel came to me and stated later: "Captain Henry said you have to write Mr. Pierce because Mr. Holman said he knows nothing about your Bottom Bunk Status, so you have to stay on the

top bunk." Further, Sgt. Thomas would not return my copy of the Bottom Bunk Memo and she refuses to obtain adequate clothing from the storeroom and she has seen the pants provided me from Booking/Receiving are humiliatingly small for a man my size.

Mr. Pierce, I have now complained to you, IGC, the courts, I'll say adnauseam, regarding the retaliation being executed against me because of my use of the courts where I'm seeking legal relief from the numerous constitutional violations by DCC, its staff, and CMS, Inc. Additionally, how would Mr. Holman ~~know~~ not know I have a doctor-ordered Bottom Bunk Status and I provided it to Sgt. Thomas and then was told by Capt. Henry, "I don't need to see it..." Moreover, as part of my discovery package from the State and CMS I was provided with hundreds of pages of my medical files where I've had a Bottom Bunk memo from Camp Hill, Pa. (Pa-DOC) and DCC and - as part of the constant retaliation DCC officials have decided to take against me - the memo is now not being honored (and I'm suffering because DCC employees under your command knowingly decided to make me suffer). Your intervention is hereby requested

and for the record a grievance is being filed simultaneously and I have written (2) copies of this complaint for any further future use I may be at liberty to take. I also swear that the facts herein are true and correct.

Very Truly Yours,

Lou G. Price, Sr.
#454309

DE F-8-Top

**MEMORANDUM** #2

DATE: 2-23-06   RE: Lou Price
TO: Maj. Holmanow   SBI 454309
 S. Lt Taylor   MHU 22
 S. Lt Profaci

Due to the above named inmates medical condition (Peripheral Neuropathy: Rt Hand) he needs to be placed on a bottom bunk for his physical safety.

Thank You

SHEREL A. OTT, MSN, FNP-C
SIGNED: Sherel A Ott MSN FNP

TOPS FORM 4150   ☐ PLEASE REPLY ☐ NO REPLY NEEDED

D00197

Hand Copy #2/self

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Name (Print): Lou G Price

Housing Location: D/E

Date of Birth: 11/2/68

SBI Number: 454209

Date Submitted: 1/2/07

Complaint (What type of problem are you having): #1) Need to be seen immediately by heart specialist, due to chest pains; #2) I've been treated via pain/nausea shots due to severe migraines, in a one week period - twice. I'm in need of a doctor's immediate attention and proper treatment (i.e. a migraine specific med regimen/nausea management). Thank you.

Inmate Signature: Lou B. Price, Sr.

Date: 1/2/07

The below area is for medical use only. Please do not write any further.

S:

O: Temp: ___  Pulse: ___  Resp: ___  B/P: ___  WT: ___

A:

P:

E:

Provider Signature & Title _____

Date & Time _____

3/1/99 DE01
FORM#:
MED
263