**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5353 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

February 4, 2008

[New Castle County-Civil Division]

The Honorable Sue L. Robinson
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

     Re:   *Price v. Carroll, et al.*,
            <u>D. Del., C.A. No. 07-380-SLR</u>

Dear Judge Robinson:

     I am in receipt of the Court's Order dated January 25, 2008 requesting clarification on the issue of Inmate Lou G. Price's bottom bunk status. (D.I. 53). State Defendants apologize for any confusion caused by this matter and request that the Court consider this letter an explanation of the issue.

     It appears from documents Mr. Price provided to the Court that he has a memorandum from Nurse Practitioner Sherel A. Ott stating that Mr. Price needs to be placed on a bottom bunk. The memorandum from Nurse Practitioner Ott is not the proper form medical staff members must fill out when a bottom bunk is needed for an inmate. As stated by Deputy Warden Pierce, the medical staff members at DCC are required to fill out a Medical Memorandum Request Form that indicates that an inmate needs a bottom bunk and the reason for the request. Moreover, this Medical Memorandum Request Form must be signed by a physician. The form Mr. Price provided the Court is neither the proper form nor is it signed by a physician.

     Further, while the memorandum Mr. Price has may appear in his medical file the medical provider never sent a Medical Memorandum Request Form for a bottom bunk to Deputy Warden Pierce's office for approval. Therefore the request for a bottom bunk for

The Honorable Sue L. Robinson
February 4, 2008
Page 2

Mr. Price was never approved. As stated in Deputy Warden Pierce's affidavit, the transfer officers will not accept an unapproved bottom bunk request from the medical provider or from an inmate. Because Mr. Price did not have an approved bottom bunk request he was assigned, upon his transfer, to the bed space that was available at the time.

Mr. Price still has an opportunity to obtain a bottom bunk pass if the medical provider deems it necessary. If Mr. Price believes he is in need of a bottom bunk he may discuss his concerns with the medical provider who can then submit a Medical Memorandum Request Form to the Deputy Warden for approval.

If you have any questions or concerns, please feel free to contact me at (302) 577-8400. Thank you.

                Sincerely,

                */s/ Erika Y. Tross*

                Erika Y. Tross
                Deputy Attorney General
                  Attorney for State Defendants

EYT/vd
cc:    Lou G. Price, Plaintiff
        James E. Drnec, Esq.