# BALICK & BALICK LLC
### ATTORNEYS

February 4, 2008

Sidney Balick
Adam Balick
James Drnec
Joseph Naylor

**VIA CM/ECF E-FILING**
The Honorable Judge Sue L. Robinson
United States District Court
 for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

    Re:    *Lou G. Price, Sr. v. Desrosiers, et al*
            *C.A. No. 07-380 SLR*

Dear Judge Robinson:

    I represent the defendants Correctional Medical Services, Shari Neal and Louise Desrosiers, M.D. in the above-referenced matter. This letter is in response to the Court's Order dated January 25, 2008 requesting an explanation as to the status of Plaintiff's order for a bottom bunk. (D.I. 53).

    It appears that Nurse Ott did not complete the correct form to effect the doctor's order for a bottom bunk. Ronnie Moore, the Health Services Administrator at this facility assured me this afternoon that the proper form has been completed and has been faxed to the Deputy Warden's office this afternoon. A copy of the form is included with this letter.

    If any matter addressed herein raises any question or concern, I remain available at the call of the Court.

                          Respectfully submitted,

                          James E. Drnec

JD/jz
Enclosure
cc:    Mr. Lou Garden Price, Sr.
        Erika Y. Tross, Esquire (via e-filing)

# MEDICAL MEMORANDUM
## REQUEST TO SECURITY

INMATE NAME: Price, Lou

SBI: 454309   HOUSING UNIT: D/W B-16

CHECK THOSE THAT APPLY

- [x] Needs bottom bunk for the reason listed below
- [ ] Has been issued the following medical equipment/supplies to be retained in his cell, list below.
    - Wheelchair (specify reason below)
    - Brace (specify type below)
    - Wooden Cane
    - Wooden crutch(s)
    - Other (list below)
- [ ] Excuse from work for the time period listed below
- [ ] Other needs/issues (explain below)

PLEASE EXPLAIN REASON FOR REQUEST IN NON-CLINICAL TERMS WHEN POSSIBLE:

Difficulty climbing onto top bunk.

START DATE: 2/4/08         END DATE: 8/4/08

DOCTOR'S PRINTED NAME: A. Oketokun MD   SIGNATURE: [signed]

**Fax request to Deputy Warden Pierce @659-6668**
**Place a copy in the HSA's mailbox**

FOR ADMINISTRATIVE APPROVAL ONLY        DO NOT WRITE BELOW THIS LINE

APPROVED: _____        DATE: _____

RETURN FOR CLAIFICATION: _____        DATE: _____

REASON: _____