TO: The Hon. Judge Sue L. Robinson
    District Court of Delaware

From: Lou G. Price, Sr.
    DCC - Smyrna, De.

Re: C.A.'s 05-871-SLR
    07-380-SLR

Feb. 3, 2008

Motion For Injunctive Relief Addendum

FILED
FEB - 6 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

Dear Judge Robinson:

    Please allow this letter to act as an addendum to my motion for injunctive relief regarding "bottom bunk" issues. Today is Feb. 3rd, 2008, Sunday. Attached is a memo/letter re: exhibits I filed with the court when I complained to D. Pierce about my not being placed on a bottom bunk. Mr. Moore, HSA dated this memo January 3, 2008 - appx. 3 weeks after your latest order. I believe he pre-dated this letter Jan. 3rd, 2008 because I just received it today - February 3, 2008, because I spoke to Mr. Moore Thursday afternoon and he told me 2/31/08 that he'd speak to me on Friday 2/1/08 and for me to bring the memo Ms. S. Ott wrote on 2/23/06 and he'd write his approval to D. Pierce.

What I'm saying is that it's obvious the childish game CMS & DCC is playing with my health due to my current civil litigation in this Court. I've pointed out that a CMS healthcare giver who was authorize to order bottom bunk placement, did so via a Memo Bates stamped D00197 which I acquired from the State, (in Discovery Request). Now, today, a (Moore) man who has never examined my wrists sends me the attached letter denying the bottom bunk which Dep. Warden Pierce already told the Court in his Affidavit that he only denies such requests for security purposes, (which there's none). As the Court is aware an outside specialist performing the EMG at CN/MRI already determined that I now suffer Peripheral neuropathy (a permanent and painful condition in my right wrists). I can't make up that finding. The Defendants, by just now denying the Memo Ms. Ott ordered, do not want to give me approval because they fear a Court-ordered injunction on the matter forces CMS/DCC to "concede" to the condition when they've been saying in certain terms that no such pain/permanent injury exists.

I respectfully ask that the Honorable Court "see through" the transparent game CMS/DCC is playing and see that the Court would have had the attached letter in its possession soon after the January 3, 2008 date Moore used on his letter to me (if that was truly the date on which he wrote the letter). I accuse otherwise.

With that, I pray that this Court issue the Motion For Injunctive Relief.

Respectfully Submitted,

Lou G. Price, Sr.
_____
Lou G. Price, Sr.

Dated 2/3/08

# Exhibit A

Health Svce Admin Ron Moore

re: the informal grievance I'd sent to Mr. D. Pierce 11/16/07.

To: Price, Lou  SBI#454309

From: Mr. Ronnie Moore, H.S.A

Date: 3-January-2008

Re: Medical Grievance---Bottom Bunk Memo

I have reviewed your medical records and regretfully your records do not show probable cause for a bottom bunk memo.
Feel free to contact me if you have any other concerns.

                                                    Sincerely,



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
## OFFICE OF THE DEPUTY WARDEN
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6668

### MEMORANDUM

TO:     IM Lou Price SBI# 454309 D-East F8T

FROM:   Deputy Warden Pierce

DATE:   December 12, 2007

RE:     Bottom Bunk and Clothing

---

    I received your letter November 19, 2007, regarding a bottom bunk and clothing. In regards to a bottom bunk you concerns have been forwarded to Health Services Administrator Moore for his investigation. In regards to you needing clothing you must contact the 4x12 building leadworker.

DEP/dc
Attachment
cc:    HSA Moore
       File

Deputy Warden D. Pierce,

From: Lou G. Price, Sr. #454309 DE-F-8-Top

Re: Bottom Bunk Status/Inadequately Sized Clothing

RECEIVED
NOV 19 2007
DEPUTY WARDEN I

November, 16, 2007

Dear Mr. Pierce:

I was brought to D-East F-8-Top Bunk and I provided medical documentation to Sgt. Thomas regarding a Bottom Bunk Memo by NP S. Ott and an outside doctor's report regarding the neuropathy in my wrists. Sgt. Thomas advertently failed to speak with Capt. Henry about this matter but I managed to stop Ms. Henry today and I told her to see the documentation I'd provided Sgt. Thomas with. Capt. Henry specifically stated, "I don't need to see it because I'll call Major Holman to verify it." C.O. Russel came to me and stated later: "Captain Henry said you have to write Mr. Pierce because Mr. Holman said he knows nothing about your Bottom Bunk Status, so you have to stay on the

top bunk" For the past 3 weeks, she would not return my copy of the Bottom Bunk Memo and she refuses to obtain adequate clothing from the storeroom and she has seen the pants provided me from Booking/Receiving are humiliatingly small for a man my size.

Mr. Pierce, I have now complained to you, IGC, the courts, I'll say ad nauseam, regarding the retaliation being executed against me because of my use of the courts where I'm seeking legal relief from the numerous constitutional violations by DCC, its staff, and CMS, Inc. Additionally, how would Mr. Holman <s>know</s> not know I have a doctor-ordered Bottom Bunk Status and I provided it to Sgt. Thomas and then was told by Capt. Henry, "I don't need to see it..." Moreover, as part of my discovery package from the State and CMS I was provided with hundreds of pages of my medical files where I've had a Bottom Bunk memo from Camp Hill, Pa. (Pa-DOC) and DCC and — as part of the constant retaliation DCC officials have decided to take against me — the memo is now not being honored (and I'm suffering because DCC employees under your command knowingly decided to make me suffer). Your intervention is hereby requested

and, for the record a grievance is being filed simultaneously and I have written (2) copies of this complaint for any further future use I may be at liberty to take. I also swear that the facts herein are true and correct.

Very Truly Yours,

Lou G. Price, Sr.
#454309

DE F-8-Top

## Proof of Service:

I Lou Price, Sr certify that copies of this Addendum To Motion For Injunctive Relief has been mailed via USPS to the following:

Erika Toss/Mr. Durstein
De. DOJ
820 N. French St.
Wilm. De 19801

K. Connors
1220 Market St.
P.O. Box 8888
Wilm. De 19899

Balick/Mr. Drnec, Esq.
711 King St.
Wilm. De 19801

Judge Robinson
US Dist Court
844 N. King St.
Lockbox 18
Wilm. De 19801

Feb 4th 2008

Lou G. Price, Sr.
Pro Se

