To: Honorable Judge Sue L. Robinson
    District Court of Delaware

From: Lou Garden Price, Sr. #454309
      DCC - Smyrna

Re: 07-380-SLR

Date: 5/7/08



BD scanned

Dear Judge Robinson:

  Please accept this letter as my motion to withdraw the above pending action #07-380-SLR.
  The only explanation I'll state is that I have carefully considered my options before withdrawing. In careful consideration of the Court's time, my pursuing this case would be unfruitful and I'd look unreasonable. So I respectfully ask the Court to Grant

my request to withdraw this case based upon what I've inartfully stated and the preservation of the resources of the Court and all parties involved (after all, the primary defendants have given me what I'm supposed to have due to the filing of this suit and through my other administrative means).

Thank You.

Respectfully Submitted,

*Lou G. Price, Jr.*
Pro Se

Dated May 7, 2008

## Certificate of Service

I Lou G. Price, Sr. hereby certify that one copy of a Motion To Withdraw CV Ac. #07-380-SLR was mailed via USPS to the following:

Ms. Erika Tross, Esq.
Dept. of Justice
820 N. French St. 6 Fl.
Wilm. De 19801

US Dist. Court
844 N. King St/Lockbox 18
Wilm. De 19801

James E Drnec
711 King St
Wilm. De 19801

Dated 5/12/08

_____
Lou G. Price, Sr.



I/M Tou J. Price Jr.
SBI# 454309 UNIT D/W3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Cv
07-380-SLR

Legal Mail

US District Court
Clerk's Office
844 N. King St. Lockbox 18
Wilm- De
19801