

**JOSEPH R. BIDEN, III**
**ATTORNEY GENERAL**

**DEPARTMENT OF JUSTICE**
**NEW CASTLE COUNTY**
**820 NORTH FRENCH STREET**
**WILMINGTON, DELAWARE 19801**

**CIVIL DIVISION (302) 577-8400**
**FAX (302) 577-6630**
**CRIMINAL DIVISION (302) 577-8500**
**FAX (302) 577-2496**
**FRAUD DIVISION (302) 577-8600**
**FAX (302) 577-6499**
**TTY: (302) 577-5783**

[New Castle County-Civil Division]

May 29, 2008

The Honorable Sue L. Robinson
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re: *Price v. Carroll, et al.*,
         <u>D. Del., C.A. No. 07-380-SLR</u>

Dear Judge Robinson:

    On May 14, 2008, Plaintiff Lou G. Price filed a Motion to Withdraw his Complaint in the above-captioned matter. (D.I. 59). Please be advised that the State Defendants have no objection to Mr. Price's request to withdraw. Thank you.

                    Sincerely,

                    /s/ Erika Y. Tross

                    Erika Y. Tross
                    Deputy Attorney General
                    Attorney for State Defendants

EYT/bja

cc:    Lou G. Price, Plaintiff (via first class mail)
        James E. Drnec, Esq. (via electronic delivery)