

BALICK & BALICK LLC
ATTORNEYS

May 29, 2008

Sidney Balick
Adam Balick
James Drnec
Joseph Naylor

**VIA CM/ECF E-FILING**
The Honorable Judge Sue L. Robinson
United States District Court
 for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

      Re:    *Lou G. Price, Sr. v. Desrosiers, et al*
             *C.A. No. 07-380 SLR*

Dear Judge Robinson:

     I represent the defendants Correctional Medical Services, Shari Neal and Louise Desrosiers, M.D. in the above-referenced matter. This letter is in response to Plaintiff's Motion to Withdraw. (D.I. 59) My clients do not oppose Plaintiff's Motion to Withdraw.

     If any matter addressed herein raises any question or concern, I remain available at the call of the Court.

                                    Respectfully submitted,

                                    James E. Drnec
                                    (ID# 3789)

JD/jz
cc:    Mr. Lou Garden Price, Sr.
         Erika Y. Tross, Esquire (via e-filing)