IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 07-380-SLR |
| THOMAS CARROLL, et al., | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 3rd day of June, 2008, having considered plaintiff's unopposed motion to dismiss;

IT IS ORDERED that said motion (D.I. 59) is **granted**. Pursuant to Fed. R. Civ. P. 41 (a), plaintiff's action is dismissed without prejudice and the Clerk of Court is directed to close the case.

_____
United States District Judge